U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

DEC 1 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ELLA HARMON AND CHANTEL SMITH | : | DOCKET NO. 2:07 CV 1990 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY COMPANY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the Court is a Motion For Partial Summary Judgment, [doc. 16], filed by the defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"). The plaintiffs, Ella Harmon and Chantel Smith, filed an Opposition [doc. 20].

For the reasons stated in the accompanying Memorandum Ruling,

IT IS ORDERED that State Farm's Motion For Partial Summary Judgment [doc. 16] is hereby GRANTED.

Lake Charles, Louisiana, this 13 day of _____, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE