### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ELLA HARMON AND CHANTEL SMITH** | : | **CIVIL ACTION NO. 07-CV-1990** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **STATE FARM FIRE & CASUALTY COMPANY** | : | **MAGISTRATE JUDGE KAY** |

## O R D E R

Considering the foregoing Motion to Exclude the Testimony and Report of Kermith Sonnier and Cost Control Services, LLC, submitted in this matter by defendant, **STATE FARM FIRE & CASUALTY COMPANY**, it is hereby **ORDERED** that Plaintiffs, ELLA HARMON AND CHANTEL SMITH, appear and show cause on the _____ day of _____, 2009 at _____ a.m./p.m., why the motion should not be **GRANTED**, and the testimony and report of Kermith Sonnier and Cost Control Services, LLC, excluded from the trial of this matter.

Lake Charles, Louisiana, this _____ day of _____, 2009.


_____
**Magistrate Judge Kay**