## COMMENT REPORT

**DATE:**               **10-7-07**

**COST CONTROL SERVICES**

| | |
|---|---|
| **INSURED** | **Harmon, Ella & Smith, Chantel** |
| **INS CO:** | State Farm Ins. Co. |
| **POLICY#** | 18-EF-5554-7 |
| **POLICY DATES:** | 8-29-05 - 06 |
| **LOSS LOCATION:** | 2225 – 22nd St. Lake Charles, LA 70601 |
| **DATE OF LOSS:** | 9-24-05 |

### COMMENTS:

We have attached a Recap Sheet on the above-mentioned claim. It is a recap of the damages that the insured has incurred.

A.) The dwelling damage totaled $55,564.64. We have shown the 10% depreciation on the total dwelling damage. The depreciation totals $5,556.46, which makes the A.C.V. loss total $50,008.18. With the $1,000.00 deductible, which now makes the ACV claim $49,008.18 .

After deducting the original payment on the dwelling, that is $15,517.72, it now makes the net A.C.V. supplement claim on the dwelling $33,490.46.

We have written our estimate per the damage we found which was caused by the hurricane and according to things the insured pointed out to us. We feel that our estimate is in line with what we have found at the damage risk.

B.) The A.P.S. damage totaled $3,922.33 less 10% depreciation. The 10% depreciation makes the total $392.23. The total A.P.S. loss is now in the amount of $3,530.10. After deducting the original payment of $1,700.93 on the A.P.S., the net A.C.V. claim is now $1,829.17.

We have written our estimate under coverage B and State Farm has put coverage A & B together. We separated the two, which is how it should be done. We feel that our estimate is in line with the damage found at the risk.



General Comments:

I have reviewed the engineer's report and there are some items in it that I do not feel

comfortable with.. See page 2 of the report where the condition of the slab is cited.

| Payment Breakdown: | Dwelling | $33,490.46 |
| | A.P.S. | $ 1,829.17 |
| | **TOTAL** | **$35,319.63** |

We recommend payment to the above named insured, Ella Harmon and

Chantel Smith and Lundy & Davis , Attorneys at Law, in the amount of

$35,319.63.  This payment can be mailed to the Law Office of Lundy & Davis,

P. O. Box 3010, Lake Charles, LA.  70603-3010.

If there are any questions, please feel free to give us a call.

_Kermith Sonnier_
Kermith Sonnier, President

*Cost Control Services, LLC*
*3611 Kirkman Street*
*Lake Charles, LA 70607*
*(337) 474-1693 Business*
*(337) 474-1694 Fax*
<u>Recap Sheet</u>

| | |
|---|---|
| Date: | 10-7-07 |
| Insured's Name: | **Harmon, Ella & Smith, Chantel** |
| Insurance Company: | **State Farm Ins.** |
| Policy#: | **18-EF-5554-7** |
| Policy Dates: | **8-29-05 - 06** |
| Date of Loss: | **9-24-05** |
| Loss Location: | **2225 – 22nd St. Lake Charles, LA 70601-7948** |

Coverage:

A: 221,400.00          Dwelling          C:          Personal Property

B: 22,140.00           APS              D:          A.L.E.

| Damage | RC | Depreciation | ACV |
|---|---|---|---|
| **Dwelling** | | | |
| Loss & Damage per Detail Attached | 55,564.64 | | |
| Less Depreciation  10% | | 5,556.46 | |
| ACV Loss | | | 50,008.18 |
| Less Deductible | | | -1,000.00 |
| ACV Claim | | | 49,008.18 |
| Less Previous Payments on Dwelling | | | -15,517.72 |
| ACV Supplement Claim | | | 33,490.46 |
| | | | |
| **APS** | | | |
| Loss & Damage per Detail Attached | 3,922.33 | | |
| Less Depreciation  10% | | -392.23 | |
| ACV Loss | | | 3,530.10 |
| Less Previous Payments | | | -1,700.93 |
| A.C.V Net Claim | | | 1,829.17 |
| | | | |
| | 59,486.97 | -5,948.69 | |
| Ne ACV Supplement Claim | | | 35,319.63 |

_____
Kermith Sonnier
**Kermith Sonnier**
**Cost Control Services**

CCS Invoice #: L & D 256-B

Remit To:
*Cost Control Services, LLC*
*3611 Kirkman Street*
*Lake Charles, LA 70607*
*Fed Tax ID#:  23-2947562*

File # 411

Date:  11-19-08

Bill To:  Lundy & Davis
          P O Box 3010
          Lake Charles, LA  70602-3010

Job:  Ella Harmon
      2225 22nd St.
      Lake Charles, LA 70601

| Name of Insured | Rate per Claim | Total |
|---|---|---|
| Harmon, Ella | $        250.00 | $          250.00 |

This invoice is due and payable 15 days from the date of this invoice.
Make all checks payable to Cost Control Services, LLC   If you have any
questions concerning this invoice, call Cost Control Services, LLC at
(337) 474-1693 and speak with Krystal.

## Cost Control Sevices

| | |
|---|---|
| Insured: | Harmon, Ella |
| Property: | 2225 22nd st. |
| | Lake Charles, LA 70601 |
| Estimator: | Tommy Greenlee |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 18-R556-392 | 18-EF-5554-7 | Hurricane | $0.00 |

| | |
|---|---|
| Dates: | |
| Date of Loss: | 09/24/2005 |
| | Date Entered:   10/01/2007 |
| Price List: | LALC2B53 |
| | Restoration/Service/Remodel |
| Estimate: | 2225_22ND_ST |

**Cost Control Sevices**

**2225_22ND_ST**

Room:   General Conditions

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Residental supervision - per hour | 160.00 HR @ | 63.31 = | 10,129.60 |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA @ | 973.05 = | 1,946.10 |
| Dump and landfill fees - (per ton) | 4.00 EA @ | 51.75 = | 207.00 |
| Tarp - all purpose poly - per sq ft (labor and material) | 2,400.00 SF @ | 0.47 = | 1,128.00 |
| Temporary toilet (per month) | 4.00 MO @ | 110.52 = | 442.08 |
| Temporary Repairs - per hour | 40.00 HR @ | 26.91 = | 1,076.40 |
| Taxes, insurance, permits & fees (Bid item) | 1.00 EA @ | 250.00 = | 250.00 |
| 10,000 watt generator (per month) | 1.00 MO @ | 977.50 = | 977.50 |
| Remove Trees From Structure as per bid | 1.00 EA @ | 5,275.10 = | 5,275.10 |

**Exterior**

Room:   Front Elevation     Formula Elevation 85'0" x ... x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Column - round cast fiberglass - 8" diameter | 16.00 LF @ | 37.48 = | 599.68 |
| R&R Soffit - wood | 18.00 SF @ | 4.22 = | 75.96 |
| R&R Trim board - 1" x 8" - installed (fascia) | 12.00 LF @ | 4.73 = | 56.76 |
| R&R Gutter / downspout - galvanized | 38.00 LF @ | 3.67 = | 139.46 |
| R&R Sheathing - plywood - 3/8" | 85.58 SF @ | 1.61 = | 137.79 |
| R&R Light fixture | 1.00 EA @ | 54.47 = | 54.47 |
| R&R Crown molding - 3 1/4" | 39.17 LF @ | 3.62 = | 141.80 |
| Paint column | 16.00 LF @ | 2.29 = | 36.64 |
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 12.00 LF @ | 1.12 = | 13.44 |
| Paint exterior soffit - wood - 1 coat | 18.00 SF @ | 1.12 = | 20.16 |
| Paint the surface area | 85.58 SF @ | 0.77 = | 65.90 |
| Seal & paint crown molding | 39.17 LF @ | 1.02 = | 39.95 |
| Prime & paint gutter / downspout | 38.00 LF @ | 1.26 = | 47.88 |
| Mask and prep for paint | 85.00 LF @ | 1.03 = | 87.55 |

Room:   Right Elevation     Formula Elevation 26'7" x ... x 7'8"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 2225_22ND_ST | | 10/04/2007 | Page: 2 |

Cost Control Sevices

CONTINUED - Right Elevation

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Crown molding - 3 1/4" | 40.00 LF @ | 3.62 = | 144.80 |
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 40.00 LF @ | 1.12 = | 44.80 |
| Paint exterior soffit - wood - 1 coat | 40.00 SF @ | 1.12 = | 44.80 |
| Paint the surface area | 85.58 SF @ | 0.77 = | 65.90 |
| Seal & paint crown molding | 40.00 LF @ | 1.04 = | 41.60 |
| Mask and prep for paint | 29.17 LF @ | 1.03 = | 30.05 |

**Room: Rear Elevation**  LxWxH 0'0" x 0'0" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Wood fence - board on board - 5'- 6' high | 85.00 LF @ | 35.36 = | 3,005.60 |

**Room: Left Elevation**  Formula Elevation 71'4" x ... x 7'8"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 134.00 LF @ | 1.12 = | 150.08 |
| Paint exterior soffit - wood - 1 coat | 134.00 SF @ | 1.12 = | 150.08 |
| Paint the surface area | 85.58 SF @ | 0.77 = | 65.90 |
| Seal & paint crown molding | 134.00 LF @ | 1.04 = | 139.36 |
| Mask and prep for paint | 71.34 LF @ | 1.03 = | 73.48 |

**Room: Roof**  LxWxH 0'0" x 0'0" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R 3 tab - 25 yr - comp. shingle roofing - w/out felt | 39.30 SQ @ | 152.04 = | 5,975.17 |
| Roofing felt | 39.30 SQ @ | 22.43 = | 881.50 |
| Ridge cap - composition shingles | 140.50 LF @ | 2.12 = | 297.86 |
| R&R Roll roofing | 2.79 SQ @ | 86.63 = | 241.70 |

2225_22ND_ST

10/04/2007 Page: 3

Cost Control Sevices

CONTINUED - Roof

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Roofing felt | 2.79 SQ @ | 22.43 = | 62.58 |
| R&R Flashing - pipe jack | 6.00 EA @ | 29.36 = | 176.16 |
| R&R Ridge flashing | 140.50 LF @ | 5.77 = | 810.69 |
| R&R Valley metal | 66.00 LF @ | 3.74 = | 246.84 |
| R&R Chimney flashing - (32" x 60") | 1.00 EA @ | 419.63 = | 419.63 |
| R&R Drip edge | 347.00 LF @ | 1.76 = | 610.72 |
| R&R Roof vent - turbine type | 2.00 EA @ | 91.23 = | 182.46 |

Interior

LxWxH 23'5" x 3'7" x 8'0"

| Room: Hall | | | |
|---|---|---|---|
| Missing Wall: | 1 - 4'2" X 6'8" | Opens into E | Goes to Floor |
| Missing Wall: | 1 - 3'5" X 6'8" | Opens into E | Goes to Floor |
| Missing Wall: | 1 - 2'6" X 6'8" | Opens into E | Goes to Floor |
| Missing Wall: | 2 - 2'8" X 6'8" | Opens into E | Goes to Floor |
| Missing Wall: | 1 - 2'6" X 6'8" | Opens into E | Goes to Floor |
| Missing Wall: | 1 - 3'0" X 6'8" | Opens into E | Goes to Floor |

Subroom 1:   Offset 1

LxWxH 3'4" x 2'4" x 8'0"

| Missing Wall: | 1 - 2'3" X 6'8" | Opens into 0 | Goes to Floor |
|---|---|---|---|

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Contents - move out then reset | 1.00 EA @ | 44.25 = | 44.25 |
| Clean floor | 91.69 SF @ | 0.23 = | 21.09 |
| R&R Crown molding - 3 1/4" | 65.33 LF @ | 3.28 = | 214.29 |
| R&R Paneling | 40.56 SF @ | 2.05 = | 83.15 |
| Seal & paint crown molding | 65.33 LF @ | 1.02 = | 66.64 |
| Paint the surface area - one coat | 40.56 SF @ | 0.45 = | 18.25 |
| Mask and prep for paint | 65.33 LF @ | 1.05 = | 68.60 |

| Room: Hall Bath | | LxWxH 10'9" x 4'3" x 8'0" |
|---|---|---|
| Subroom 1:   Offset 1 | | LxWxH 8'5" x 2'0" x 4'2" |
| Missing Wall: | 1 - 8'5" X 4'2" | Opens into 0   Goes to neither Floor/Ceiling |

Cost Control Sevices

| | | | | | |
|---|---|---|---|---|---|
| **Subroom 2:** | Offset 2 | | | | LxWxH 5'0" x 2'7" x 6'10" |
| **Missing Wall:** | 1 - 5'0" X 6'10" | | Opens into 0 | Goes to neither Floor/Ceiling | |
| **Subroom 3:** | Closet | | | | LxWxH 2'8" x 2'4" x 8'0" |
| **Missing Wall:** | 1 - 2'6" X 6'8" | | Opens into 0 | Goes to Floor | |
| **Subroom 4:** | Toilet | | | | LxWxH 2'8" x 2'6" x 8'0" |
| **Missing Wall:** | 1 - 2'6" X 6'8" | | Opens into 0 | Goes to Floor | |
| **Subroom 5:** | Shower | | | | LxWxH 4'8" x 2'6" x 6'9" |
| **Missing Wall:** | 1 - 4'8" X 6'9" | | Opens into 0 | Goes to Floor/Ceiling | |

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| Clean floor | 99.99 | SF @ | 0.23 = | | 23.00 |
| R&R Crown molding - 3 1/4" | 91.33 | LF @ | 3.28 = | | 299.57 |
| R&R 5/8" drywall - hung, taped, ready for texture | 99.99 | SF @ | 1.40 = | | 139.99 |
| R&R Acoustic ceiling (popcorn) texture | 99.99 | SF @ | 1.00 = | | 99.99 |
| Seal & paint crown molding | 91.33 | LF @ | 1.02 = | | 93.16 |
| Paint the walls and ceiling | 521.72 | SF @ | 0.45 = | | 234.77 |
| Detach & Reset Heat/AC register | 1.00 | EA @ | 7.50 = | | 7.50 |
| Detach & Reset Light fixture - High grade | 2.00 | EA @ | 27.94 = | | 55.88 |
| Detach & Reset Bathroom fan, light, and heater | 1.00 | EA @ | 66.55 = | | 66.55 |
| Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 1.00 | EA @ | 42.16 = | | 42.16 |
| Clean register - heat / AC | 1.00 | EA @ | 4.25 = | | 4.25 |
| Clean light fixture | 3.00 | EA @ | 5.17 = | | 15.51 |
| Clean bathroom fan | 1.00 | EA @ | 13.67 = | | 13.67 |
| Mask and prep for paint | 91.33 | LF @ | 1.05 = | | 95.90 |

| | | | | | |
|---|---|---|---|---|---|
| **Room:** | Bedroom 2 | | | | LxWxH 18'0" x 11'0" x 8'0" |
| **Missing Wall:** | 2 - 3'7" X 4'2" | | Opens into E | Goes to neither Floor/Ceiling | |
| **Missing Wall:** | 1 - 2'8" X 6'8" | | Opens into E | Goes to Floor | |
| **Subroom 1:** | Offset 1 | | | | LxWxH 4'10" x 2'3" x 7'0" |
| **Missing Wall:** | 1 - 4'10" X 7'0" | | Opens into 0 | Goes to Floor/Ceiling | |
| **Subroom 2:** | Closet | | | | LxWxH 3'0" x 2'4" x 8'0" |
| **Missing Wall:** | 1 - 2'0" X 6'8" | | Opens into 0 | Goes to Floor | |
| **Subroom 3:** | Closet 2 | | | | LxWxH 3'0" x 2'4" x 8'0" |
| **Missing Wall:** | 1 - 2'0" X 6'8" | | Opens into 0 | Goes to Floor | |

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| Contents - move out then reset | 1.00 | EA @ | 44.25 = | | 44.25 |
| Clean floor | 222.88 | SF @ | 0.23 = | | 51.26 |
| R&R Crown molding - 3 1/4" | 83.83 | LF @ | 3.28 = | | 274.96 |

Cost Control Sevices

CONTINUED – Bedroom 2

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| Seal & paint crown molding | 83.83 | LF @ | 1.02 | = | 85.51 |
| Mask and prep for paint | 83.83 | LF @ | 1.05 | = | 88.02 |

| **Room:   Master Bath** | | | | **LxWxH 6'0" x 5'0" x 8'0"** |
|---|---|---|---|---|
| Missing Wall: | 1 – 3'7" X 4'2" | Opens into E | Goes to neither Floor/Ceiling | |
| Missing Wall: | 1 – 3'0" X 8'0" | Opens into E | Goes to Floor/Ceiling | |
| Subroom 1:   Offset 1 | | | | **LxWxH 4'10" x 2'5" x 7'0"** |
| Missing Wall: | 1 – 4'10" X 7'0" | Opens into 0 | Goes to Floor/Ceiling | |
| Subroom 2:   Offset 2 | | | | **LxWxH 5'0" x 1'9" x 7'0"** |
| Missing Wall: | 1 – 5'0" X 7'0" | Opens into 0 | Goes to Floor/Ceiling | |

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| Clean floor | 50.43 | SF @ | 0.23 | = | 11.60 |
| R&R Crown molding - 3 1/4" | 27.33 | LF @ | 3.28 | = | 89.65 |
| Seal & paint crown molding | 27.33 | LF @ | 1.02 | = | 27.88 |
| Mask and prep for paint | 27.33 | LF @ | 1.05 | = | 28.70 |

| **Room:   Den** | | | | **LxWxH 15'3" x 13'4" x 8'0"** |
|---|---|---|---|---|
| Missing Wall: | 1 – 13'4" X 8'0" | Opens into E | Goes to Floor/Ceiling | |
| Missing Wall: | 1 – 4'0" X 8'0" | Opens into E | Goes to Floor/Ceiling | |
| Missing Wall: | 1 – 7'6" X 5'4" | Opens into E | Goes to neither Floor/Ceiling | |
| Subroom 1:   Offset 1 | | | | **LxWxH 8'0" x 1'9" x 8'0"** |
| Missing Wall: | 1 – 8'0" X 7'0" | Opens into 0 | Goes to Floor | |

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| Contents - move out then reset | 1.00 | EA @ | 44.25 | = | 44.25 |
| Clean floor | 217.33 | SF @ | 0.23 | = | 49.99 |
| R&R Crown molding - 3 1/4" | 59.33 | LF @ | 3.28 | = | 194.61 |
| R&R 1/2" drywall - hung, taped, ready for texture | 540.00 | SF @ | 1.38 | = | 745.20 |
| R&R Batt insulation -  6" - R21 | 322.67 | SF @ | 1.13 | = | 364.61 |
| R&R Acoustic ceiling (popcorn) texture | 217.33 | SF @ | 1.00 | = | 217.33 |

Cost Control Sevices

CONTINUED - Den

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Seal & paint crown molding | 59.33 LF @ | 1.02 = | 60.52 |
| Paint the walls and ceiling | 540.00 SF @ | 0.45 = | 243.00 |
| Detach & Reset Ceiling fan & light | 1.00 EA @ | 99.50 = | 99.50 |
| Mask and prep for paint | 59.33 LF @ | 1.05 = | 62.30 |

**Room:   Kitchen**                                             LxWxH 17'6" x 16'4" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Clean floor | 285.83 SF @ | 0.23 = | 65.74 |
| R&R Crown molding - 3 1/4" | 67.67 LF @ | 3.28 = | 221.95 |
| Seal & paint crown molding | 67.67 LF @ | 1.02 = | 69.02 |
| Detach & Reset Fluorescent light fixture | 2.00 EA @ | 42.16 = | 84.32 |
| Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 2.00 EA @ | 42.16 = | 84.32 |
| Mask and prep for paint | 67.67 LF @ | 1.05 = | 71.05 |

**Room:   Breakfast Room**                                      LxWxH 9'9" x 8'5" x 8'0"

| Missing Wall: | 1 - 8'4" X 6'8" | Opens into E | Goes to Floor |
|---|---|---|---|
| Missing Wall: | 1 - 4'7" X 6'8" | Opens into E | Goes to Floor |
| Missing Wall: | 1 - 9'0" X 8'0" | Opens into E | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Contents - move out then reset | 1.00 EA @ | 44.25 = | 44.25 |
| Clean floor - tile | 82.06 SF @ | 0.46 = | 37.75 |
| R&R Crown molding - 3 1/4" | 27.33 LF @ | 3.28 = | 89.65 |
| R&R 5/8" drywall - hung, taped, ready for texture | 82.06 SF @ | 1.40 = | 114.89 |
| R&R Batt insulation - 6" - R21 | 82.06 SF @ | 1.13 = | 92.73 |
| R&R Acoustic ceiling (popcorn) texture | 82.06 SF @ | 1.00 = | 82.06 |
| Paint the ceiling - one coat | 82.06 SF @ | 0.45 = | 36.93 |
| Seal & paint crown molding | 27.33 LF @ | 1.02 = | 27.88 |
| Mask and prep for paint | 27.33 LF @ | 1.05 = | 28.70 |

**Cost Control Sevices**

**Room:  Rear Hall**                                            LxWxH 9'6" x 4'4" x 8'0"
Missing Wall:          2 – 3'0" X 6'8"        Opens into E      Goes to Floor
Missing Wall:          1 – 2'0" X 6'8"        Opens into E      Goes to Floor
Missing Wall:          1 – 2'8" X 6'8"        Opens into E      Goes to Floor
Missing Wall:          1 – 4'4" X 8'0"        Opens into E      Goes to Floor/Ceiling

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Contents - move out then reset | 1.00 EA @ | 44.25 = | 44.25 |
| Clean floor | 41.17 SF @ | 0.23 = | 9.47 |
| R&R Crown molding - 3 1/4" | 23.33 LF @ | 3.28 = | 76.53 |
| Seal & paint crown molding | 23.33 LF @ | 1.02 = | 23.80 |
| Mask and prep for paint | 23.33 LF @ | 1.05 = | 24.50 |

**Room:  Utility / Bath Room**                                 LxWxH 8'11" x 3'5" x 8'0"
**Subroom 1:   Closet**                                        LxWxH 6'6" x 3'5" x 8'0"

Missing Wall:          1 – 6'0" X 6'8"        Opens into 0      Goes to Floor
**Subroom 2:   Closet 2**                                      LxWxH 3'0" x 2'6" x 8'0"

Missing Wall:          1 – 2'0" X 6'8"        Opens into 0      Goes to Floor
**Subroom 3:   Dressing Room**                                 LxWxH 6'10" x 4'4" x 8'0"

Missing Wall:          1 – 3'4" X 8'0"        Opens into 0      Goes to Floor/Ceiling
Missing Wall:          1 – 3'5" X 8'0"        Opens into 0      Goes to Floor/Ceiling
**Subroom 4:   Offset 1**                                      LxWxH 8'5" x 7'0" x 8'0"

Missing Wall:          1 – 3'4" X 8'0"        Opens into 0      Goes to Floor/Ceiling
Missing Wall:          1 – 4'4" X 8'0"        Opens into 0      Goes to Floor/Ceiling

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Clean floor - tile | 148.70 SF @ | 0.46 = | 68.40 |
| R&R Crown molding - 3 1/4" | 79.83 LF @ | 3.28 = | 261.84 |
| R&R 5/8" drywall - hung, taped, ready for texture | 11.00 SF @ | 1.40 = | 15.40 |
| R&R Batt insulation -  6" - R21 | 11.00 SF @ | 1.13 = | 12.43 |
| R&R Acoustic ceiling (popcorn) texture | 148.70 SF @ | 1.00 = | 148.70 |
| Paint the ceiling | 148.70 SF @ | 0.67 = | 99.63 |
| Seal & paint crown molding | 79.83 LF @ | 1.02 = | 81.43 |
| Mask and prep for paint | 79.83 LF @ | 1.05 = | 83.82 |

**Room:  Garage**                                              LxWxH 22'3" x 20'4" x 8'0"
Missing Wall:          1 – 3'0" X 6'8"        Opens into E      Goes to Floor
Missing Wall:          1 – 17'10" X 6'11"     Opens into E      Goes to Floor

Cost Control Sevices
_____

**Subroom 1:   Closet**                                    LxWxH 4'8" x 3'10" x 8'0"

**Missing Wall:**        1 – 2'6" X 6'8"      Opens into 0      Goes to Floor

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Contents - move out then reset | 1.00 EA @ | 44.25 = | 44.25 |
| Clean floor | 470.31 SF @ | 0.23 = | 108.17 |
| R&R Crown molding - 3 1/4" | 102.17 LF @ | 3.28 = | 335.12 |
| Seal & paint crown molding | 102.17 LF @ | 1.02 = | 104.21 |
| Mask and prep for paint | 102.17 LF @ | 1.05 = | 107.28 |

**Room:   Dining Room**                                    LxWxH 12'4" x 10'3" x 8'0"

**Missing Wall:**        1 – 5'4" X 8'0"      Opens into E      Goes to Floor/Ceiling
**Missing Wall:**        1 – 2'10" X 8'0"     Opens into E      Goes to Floor/Ceiling

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Contents - move out then reset | 1.00 EA @ | 44.25 = | 44.25 |
| Clean floor | 126.42 SF @ | 0.23 = | 29.08 |
| R&R Crown molding - 3 1/4" | 37.00 LF @ | 3.28 = | 121.36 |
| Seal & paint crown molding | 37.00 LF @ | 1.02 = | 37.74 |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter – Finish, Trim/Cabinet | 113.16 |
| Carpenter – General Framer | 88.32 |
| Cleaning Technician | 47.00 |
| Floor Cleaning Technician | 56.66 |
| Drywall Installer/Finisher | 178.60 |
| Electrician | 126.40 |
| Fencing Installer | 96.18 |
| Heating / A.C. Mechanic | 120.06 |
| Insulation Installer | 90.94 |
| General Laborer | 24.20 |
| Painter | 113.84 |
| Roofer | 189.90 |
| Siding Installer | 110.76 |
| Total Adjustments for Base Service Charges: | 1,356.02 |
| Line Item Totals: 2225_22ND_ST | 45,691.21 |

Cost Control Sevices

**Grand Total Areas:**

| | | |
|---|---|---|
| 5,642.02 SF Walls | 1,836.81 SF Ceiling | 7,478.83 SF Walls and Ceiling |
| 1,836.81 SF Floor | 204.09 SY Flooring | 719.09 LF Floor Perimeter |
| 3,380.65 SF Long Wall | 2,698.36 SF Short Wall | 850.01 LF Ceil. Perimeter |

| | | |
|---|---|---|
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 0.00 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |

| | | |
|---|---|---|
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

**Cost Control Sevices**

### Summary for Hurricane

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 44,335.19 |
| Total Adjustments for Base Service Charges | | | | 1,356.02 |
| | | | | |
| Subtotal | | | | 45,691.21 |
| Overhead | @ | 10.0% x | 45,691.21 | 4,569.12 |
| Profit | @ | 10.0% x | 50,260.33 | 5,026.03 |
| Material Sales Tax | @ | 9.000% x | 8,138.71 | 732.48 |
| | | | | |
| Replacement Cost Value | | | | 56,018.84 |
| **Net Claim** | | | | **56,018.84** |

Tommy Greenlee

Cost Control Sevices

## Recap by Room

| | | |
|---|---:|---:|
| Estimate: 2225_22ND_ST | | |
| General Conditions | 21,431.78 | 46.91% |
| Area: Exterior | | |
| Front Elevation | 1,517.44 | 3.32% |
| Right Elevation | 371.95 | 0.81% |
| Rear Elevation | 3,005.60 | 6.58% |
| Left Elevation | 578.90 | 1.27% |
| Roof | 9,905.31 | 21.68% |
| Area Subtotal:  Exterior | 15,379.20 | 33.66% |
| Area: Interior | | |
| Hall | 516.27 | 1.13% |
| Hall Bath | 1,191.90 | 2.61% |
| Bedroom 2 | 544.00 | 1.19% |
| Master Bath | 157.83 | 0.35% |
| Den | 2,081.31 | 4.56% |
| Kitchen | 596.40 | 1.31% |
| Breakfast Room | 554.84 | 1.21% |
| Rear Hall | 178.55 | 0.39% |
| Utility / Bath Room | 771.65 | 1.69% |
| Garage | 699.03 | 1.53% |
| Dining Room | 232.43 | 0.51% |
| Area Subtotal:  Interior | 7,524.21 | 16.47% |
| Subtotal of Areas | 44,335.19 | 97.03% |
| Base Service Charges | 1,356.02 | 2.97% |
| Total | 45,691.21 | 100.00% |

Cost Control Sevices

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---:|---:|
| CLEANING | | | 508.98 | 0.91% |
| CONTENT MANIPULATION | | | 309.75 | 0.55% |
| GENERAL DEMOLITION | | | 11,004.69 | 19.64% |
| DRYWALL | | | 1,175.58 | 2.10% |
| ELECTRICAL | | | 66.55 | 0.12% |
| PERMITS AND FEES | | | 250.00 | 0.45% |
| FEN | | | 2,588.25 | 4.62% |
| FINISH CARPENTRY / TRIMWORK | | | 2,690.80 | 4.80% |
| FRAMING & ROUGH CARPENTRY | | | 100.13 | 0.18% |
| HEAT,  VENT & AIR CONDITIONING | | | 7.50 | 0.01% |
| INSULATION | | | 361.68 | 0.65% |
| LABOR ONLY | | | 10,129.60 | 18.08% |
| LIGHT FIXTURES | | | 414.11 | 0.74% |
| PANELING & WOOD WALL FINISHES | | | 74.63 | 0.13% |
| PAINTING | | | 3,086.81 | 5.51% |
| ROOFING | | | 7,745.87 | 13.83% |
| SOFFIT, FASCIA, & GUTTER | | | 196.28 | 0.35% |
| TEMPORARY REPAIRS | | | 3,623.98 | 6.47% |
| Subtotal | | | 44,335.19 | 79.14% |
| Base Service Charges | | | 1,356.02 | 2.42% |
| Overhead | @ | 10.00% | 4,569.12 | 8.16% |
| Profit | @ | 10.00% | 5,026.03 | 8.97% |
| O&P Items Subtotal | | | 55,286.36 | 98.69% |
| Material Sales Tax | @ | 9.000% | 732.48 | 1.31% |
| Grand Total | | | 56,018.84 | |