## COMMENT REPORT

**DATE:**           10-7-07

**COST CONTROL SERVICES**

| | |
|---|---|
| **INSURED** | **Harmon, Ella & Smith, Chantel** |
| **INS CO:** | State Farm Ins. Co. |
| **POLICY#** | 18-EF-5554-7 |
| **POLICY DATES:** | 8-29-05 - 06 |
| **LOSS LOCATION:** | 2225 – 22nd St. Lake Charles, LA 70601 |
| **DATE OF LOSS:** | 9-24-05 |

## COMMENTS:

We have attached a Recap Sheet on the above-mentioned claim. It is a recap of the damages that the insured has incurred.

A.) The dwelling damage totaled $120,401.20. We have shown the 10% depreciation

on the total dwelling damage. The depreciation totals $12,040.12,

which makes the A.C.V. loss total $108,361.08. With the $1,000.00

deductible, which now makes the ACV claim $107,361.08 .

After deducting the original payment on the dwelling, that is $15,517.72, it now

makes the net A.C.V. supplement claim on the dwelling $91,843.36.

We have written our estimate per the damage we found which was caused by the

hurricane and according to things the insured pointed out to us as well as the

engineer's report done by Charles Norman. We feel that our estimate is in line with

what we found at the damage risk and the engineer's report.

B.) The A.P.S. damage totaled $2,861.89 less 10% depreciation. The 10% depreciation

makes the total $286.19. The total A.P.S. loss is now in the amount of $2,575.20.

After deducting the original payment of $1,700.93 on the A.P.S., the net A.C.V.

claim is now $874.77.

We have written our estimate under coverage A & B, but State Farm has put coverage

A & B together. We separated the two, which is how it should be done. We feel



that our estimate is in line with the damage found at the risk.

General Comments:

I have reviewed the engineer's report and there are some items in it that I do not feel

comfortable with, but I have included in the estimate everything that was cited in the

his report.

| Payment Breakdown: | Dwelling | $91,843.36 |
| | A.P.S. | $    874.77 |
| | **TOTAL** | **$92,718.13** |

We recommend payment to the above named insured, Ella Harmon and

Chantel Smith and Lundy & Davis , Attorneys at Law, in the amount of

$92,718.13.   This payment can be mailed to the Law Office of Lundy & Davis,

P. O. Box 3010, Lake Charles, LA.  70603-3010.

If there are any questions, please feel free to give us a call.

_____

Kermith Sonnier, President

*Cost Control Services, LLC*
*3611 Kirkman Street*
*Lake Charles, LA 70607*
*(337) 474-1693 Business*
*(337) 474-1694 Fax*
**Recap Sheet**

| | |
|---|---|
| **Date:** | **11-19-08** |
| **Insured's Name:** | **Harmon, Ella & Smith, Chantel** |
| **Insurance Company:** | **State Farm Ins.** |
| **Policy#:** | **18-EF-5554-7** |
| **Policy Dates:** | **8-29-05 - 06** |
| **Date of Loss:** | **9-24-05** |
| **Loss Location:** | **2225 – 22nd St. Lake Charles, LA 70601-7948** |

**Coverage:**

| | | | | | |
|---|---|---|---|---|---|
| A: | 221,400.00 | Dwelling | C: | | Personal Property |
| B: | 22,140.00 | APS | D: | | A.L.E. |

| Damage | RC | Depreciation | ACV |
|---|---|---|---|
| **Dwelling** | | | |
| Loss & Damage per Detail Attached | 120,401.20 | | |
| Less Depreciation   10% | | 12,040.12 | |
| ACV Loss | | | 108,361.08 |
| Less Deductible | | | -1,000.00 |
| ACV Claim | | | 107,361.08 |
| Less Previous Payments on Dwelling | | | -15,517.72 |
| ACV Supplement Claim | | | 91,843.36 |
| | | | |
| **APS** | | | |
| Loss & Damage per Detail Attached | 2,861.89 | | |
| Less Depreciation 10% | | -286.19 | |
| ACV Loss | | | 2575.70 |
| Less Previous Payments | | | -1,700.93 |
| A.C.V Net Claim | | | 874.77 |
| | | | |
| | 123,263.09 | -12,326.31 | |
| New ACV Supplement Claim | | | 92,718.13 |

_____

Kermith Sonnier
Cost Control Services

**Cost Control Sevices**

Insured: Harmon, Ella
Property: 2225 22nd st.
Lake Charles, LA 70601

**Claim Number:** 8-R556-392       **Policy Number:** 18-EF-5554-7       **Type of Loss:** Hurricane

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $0.00 | $0.00 |

Date of Loss: 9/24/2005       Date Received:
Date Inspected:       Date Entered: 10/1/2007 11:13 PM

Price List: LALC2B53
Restoration/Service/Remodel
Estimate: 2225_22ND_ST

## Cost Control Sevices

---

### 2225_22ND_ST

#### General Conditions

---



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Residental supervision - per hour | 240.00 HR | 0.00 | 63.31 | 15,194.40 |
| R&R Central air conditioning system | 1.00 EA | 189.98 | 4,025.63 | 4,215.61 |
| R&R Ductwork system - hot or cold air | 1.00 EA | 436.23 | 3,936.97 | 4,373.20 |
| R&R Blown-in installation | 2,500.00 SF | 0.75 | 0.79 | 3,850.00 |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 973.05 | 0.00 | 1,946.10 |
| Dump and landfill fees - (per ton) | 4.00 EA | 51.75 | 0.00 | 207.00 |
| Tarp - all purpose poly - per sq ft (labor and material) | 2,400.00 SF | 0.00 | 0.47 | 1,128.00 |
| Temporary toilet (per month) | 4.00 MO | 0.00 | 110.52 | 442.08 |
| Temporary Repairs - per hour | 40.00 HR | 0.00 | 26.91 | 1,076.40 |
| Taxes, insurance permits & fees (Bid item) | 1.00 EA | 0.00 | 1,000.00 | 1,000.00 |
| 10,000 watt generator (per month) | 1.00 MO | 0.00 | 977.50 | 977.50 |
| Remove Trees From Structure as per bid | 1.00 EA | 5,275.10 | 0.00 | 5,275.10 |
| Additional Debris Removal Due to Location | 2.00 EA | 250.00 | 0.00 | 500.00 |
| Level slab /with supports | 1.00 EA | 0.00 | 4,500.00 | 4,500.00 |

Totals: General Conditions                                                      44,685.39

---

### Exterior

| Front Elevation | Formula Elevation 85'0" x ... x 8'0" |
|---|---|
| 680.00 SF Walls | 85.00 LF Floor Perimeter |
| 680.00 SF Walls & Ceiling | 680.00 SF Short Wall |
| 680.00 SF Long Wall | |
| 85.00 LF Ceil. Perimeter | |

## Cost Control Sevices

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Column - round cast fiberglass - 8" diameter | 16.00 LF | 4.58 | 32.90 | 599.68 |
| R&R Soffit - wood | 18.00 SF | 0.24 | 3.98 | 75.96 |
| R&R Trim board - 1" x 8" - installed (fascia) | 12.00 LF | 0.35 | 4.38 | 56.76 |
| R&R Gutter / downspout - galvanized | 38.00 LF | 0.39 | 3.28 | 139.46 |
| R&R Sheathing - plywood - 3/8" | 85.58 SF | 0.44 | 1.17 | 137.79 |
| R&R Light fixture | 1.00 EA | 6.54 | 47.93 | 54.47 |
| R&R Crown molding - 3 1/4" | 39.17 LF | 0.53 | 3.09 | 141.80 |
| Paint column | 16.00 LF | 0.00 | 2.29 | 36.64 |
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 12.00 LF | 0.00 | 1.12 | 13.44 |
| Paint exterior soffit - wood - 1 coat | 18.00 SF | 0.00 | 1.12 | 20.16 |
| Paint the surface area | 85.58 SF | 0.00 | 0.77 | 65.90 |
| Seal & paint crown molding | 39.17 LF | 0.00 | 1.02 | 39.95 |
| Prime & paint gutter / downspout | 38.00 LF | 0.00 | 1.26 | 47.88 |
| Mask and prep for paint | 85.00 LF | 0.00 | 1.03 | 87.55 |

Totals:  Front Elevation                                                                                           1,517.44



**Right Elevation**                                   **Formula Elevation 26'7" x ... x 7'8"**

283.56 SF Walls                                26.58 LF Floor Perimeter
283.56 SF Walls & Ceiling              283.56 SF Short Wall
283.56 SF Long Wall
  29.17 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Crown molding - 3 1/4" | 40.00 LF | 0.53 | 3.09 | 144.80 |
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 40.00 LF | 0.00 | 1.12 | 44.80 |
| Paint exterior soffit - wood - 1 coat | 40.00 SF | 0.00 | 1.12 | 44.80 |
| Paint the surface area | 85.58 SF | 0.00 | 0.77 | 65.90 |
| Seal & paint crown molding | 40.00 LF | 0.00 | 1.04 | 41.60 |
| Mask and prep for paint | 29.17 LF | 0.00 | 1.03 | 30.05 |

Totals:  Right Elevation                                                                                           371.95

*Z* Cost Control Sevices



**Rear Elevation**  LxWxH 0'0" x 0'0" x 8'0"

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" - 8" oc | 120.00 SF | 0.20 | 2.13 | 279.60 |
| R&R Soffit - box framing - 2' overhang | 30.00 LF | 1.47 | 4.22 | 170.70 |
| R&R Patio/pool Enclosure - Full Screen | 240.00 SF | 0.64 | 12.14 | 3,067.20 |

| Totals: Rear Elevation | | | | 3,517.50 |
|---|---|---|---|---|



**Left Elevation**  Formula Elevation 71'4" x ... x 7'8"

|  |  |
|---|---|
| 567.69 SF Walls | 71.33 LF Floor Perimeter |
| 567.69 SF Walls & Ceiling | 567.69 SF Short Wall |
| 567.69 SF Long Wall | |
| 71.34 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 134.00 LF | 0.00 | 1.12 | 150.08 |
| Paint exterior soffit - wood - 1 coat | 134.00 SF | 0.00 | 1.12 | 150.08 |
| Paint the surface area | 85.58 SF | 0.00 | 0.77 | 65.90 |
| Seal & paint crown molding | 134.00 LF | 0.00 | 1.04 | 139.36 |
| Mask and prep for paint | 71.34 LF | 0.00 | 1.03 | 73.48 |

| Totals: Left Elevation | | | | 578.90 |
|---|---|---|---|---|

*2* **Cost Control Sevices**



| | | | | |
|---|---|---|---|---|
| **Roof** | | | LxWxH 0'0" x 0'0" x 8'0" | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 39.30 SQ | 43.71 | 108.33 | 5,975.17 |
| Roofing felt | 39.30 SQ | 0.00 | 22.43 | 881.50 |
| Ridge cap - composition shingles | 140.50 LF | 0.00 | 2.12 | 297.86 |
| R&R Roll roofing | 2.79 SQ | 33.97 | 52.66 | 241.70 |
| Roofing felt | 2.79 SQ | 0.00 | 22.43 | 62.58 |
| R&R Rafters - 2x8 | 2,000.00 SF | 0.75 | 1.97 | 5,440.00 |
| R&R Sheathing - plywood - 5/8" | 2,000.00 SF | 1.06 | 1.93 | 5,980.00 |
| R&R 2" x 4" lumber bracing | 500.00 EA | 0.43 | 1.17 | 800.00 |
| R&R Labor to install joist - floor or ceiling - 2x10 | 800.00 LF | 0.84 | 1.29 | 1,704.00 |
| R&R Flashing - pipe jack | 6.00 EA | 5.52 | 23.84 | 176.16 |
| R&R Ridge flashing | 140.50 LF | 1.13 | 4.64 | 810.69 |
| R&R Valley metal | 66.00 LF | 0.47 | 3.27 | 246.84 |
| R&R Chimney flashing - (32" x 60") | 1.00 EA | 19.63 | 400.00 | 419.63 |
| R&R Drip edge | 347.00 LF | 0.26 | 1.50 | 610.72 |
| R&R Roof vent - turbine type | 2.00 EA | 7.05 | 84.18 | 182.46 |

| | | |
|---|---|---|
| Totals: Roof | | 23,829.31 |

| | | |
|---|---|---|
| Total: Exterior | | 29,815.10 |

**Interior**

**Cost Control Sevices**

---



| **Hall** | | **LxWxH 23'5" x 3'7" x 8'0"** |
|---|---|---|
| 274.78 SF Walls | | 83.91 SF Ceiling |
| 358.69 SF Walls & Ceiling | | 83.91 SF Floor |
| 9.32 SY Flooring | | 30.42 LF Floor Perimeter |
| 187.33 SF Long Wall | | 28.67 SF Short Wall |
| 54.00 LF Ceil. Perimeter | | |

| **Missing Wall:** | 1 - | 4'2" X 6'8" | **Opens into Exterior** | **Goes to Floor** |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | 3'5" X 6'8" | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 1 - | 2'6" X 6'8" | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 2 - | 2'8" X 6'8" | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 1 - | 2'6" X 6'8" | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 1 - | 3'0" X 6'8" | **Opens into Exterior** | **Goes to Floor** |

| **Subroom 1:  Offset 1** | | **LxWxH 3'4" x 2'4" x 8'0"** |
|---|---|---|
| 72.89 SF Walls | | 7.78 SF Ceiling |
| 80.67 SF Walls & Ceiling | | 7.78 SF Floor |
| 0.86 SY Flooring | | 8.67 LF Floor Perimeter |
| 26.67 SF Long Wall | | 18.67 SF Short Wall |
| 11.33 LF Ceil. Perimeter | | |

| **Missing Wall:** | 1 - | 2'8" X 6'8" | **Opens into Hall** | **Goes to Floor** |
|---|---|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 44.25 | 44.25 |
| Clean floor | 91.69 SF | 0.00 | 0.23 | 21.09 |
| R&R Crown molding - 3 1/4" | 65.33 LF | 0.47 | 2.81 | 214.29 |
| R&R Paneling | 347.67 SF | 0.21 | 1.84 | 712.72 |
| R&R Interior door unit | 5.00 EA | 14.72 | 175.16 | 949.40 |
| R&R Door opening (jamb & casing) | 5.00 EA | 4.95 | 93.05 | 490.00 |
| Seal & paint crown molding | 65.33 LF | 0.00 | 1.02 | 66.64 |
| Paint the surface area - one coat | 40.56 SF | 0.00 | 0.45 | 18.25 |
| Mask and prep for paint | 65.33 LF | 0.00 | 1.05 | 68.60 |

| | | |
|---|---|---|
| Totals:  Hall | | 2,585.24 |

Cost Control Sevices

| Hall Bath | | LxWxH 10'9" x 4'3" x 8'0" |
|---|---|---|
| | 105.93 SF Walls | 45.69 SF Ceiling |
| | 151.62 SF Walls & Ceiling | 45.69 SF Floor |
| | 5.08 SY Flooring | 20.33 LF Floor Perimeter |
| | 86.00 SF Long Wall | 34.00 SF Short Wall |
| | 25.33 LF Ceil. Perimeter | |

| Subroom 1: Offset 1 | | LxWxH 8'5" x 2'0" x 4'2" |
|---|---|---|
| | 51.74 SF Walls | 16.83 SF Ceiling |
| | 68.57 SF Walls & Ceiling | 16.83 SF Floor |
| | 1.87 SY Flooring | 20.83 LF Floor Perimeter |
| | 35.07 SF Long Wall | 8.33 SF Short Wall |
| | 20.83 LF Ceil. Perimeter | |

Missing Wall:    1 -    8'5" X 4'2"          Opens into Hallway               Goes to neither Floor/Ceiling

| Subroom 2: Offset 2 | | LxWxH 5'0" x 2'7" x 6'10" |
|---|---|---|
| | 69.48 SF Walls | 12.92 SF Ceiling |
| | 82.39 SF Walls & Ceiling | 12.92 SF Floor |
| | 1.44 SY Flooring | 15.17 LF Floor Perimeter |
| | 34.17 SF Long Wall | 17.65 SF Short Wall |
| | 15.17 LF Ceil. Perimeter | |

Missing Wall:    1 -    5'0" X 6'10"          Opens into Hallway               Goes to neither Floor/Ceiling

| Subroom 3: Closet | | LxWxH 2'8" x 2'4" x 8'0" |
|---|---|---|
| | 63.33 SF Walls | 6.22 SF Ceiling |
| | 69.56 SF Walls & Ceiling | 6.22 SF Floor |
| | 0.69 SY Flooring | 7.50 LF Floor Perimeter |
| | 21.33 SF Long Wall | 18.67 SF Short Wall |
| | 10.00 LF Ceil. Perimeter | |

Missing Wall:    1 -    2'6" X 6'8"          Opens into Hallway               Goes to Floor

Cost Control Sevices

---

| | Subroom 4: Toilet | | LxWxH 2'8" x 2'6" x 8'0" |
|---|---|---|---|



| | |
|---|---|
| 66.00 SF Walls | 6.67 SF Ceiling |
| 72.67 SF Walls & Ceiling | 6.67 SF Floor |
| 0.74 SY Flooring | 7.83 LF Floor Perimeter |
| 21.33 SF Long Wall | 20.00 SF Short Wall |
| 10.33 LF Ceil. Perimeter | |

**Missing Wall:**   1 -   **2'6" X 6'8"**   **Opens into Hallway**   **Goes to Floor**

---

| | Subroom 5: Shower | | LxWxH 4'8" x 2'6" x 6'9" |
|---|---|---|---|

| | |
|---|---|
| 65.25 SF Walls | 11.67 SF Ceiling |
| 76.92 SF Walls & Ceiling | 11.67 SF Floor |
| 1.30 SY Flooring | 9.67 LF Floor Perimeter |
| 31.50 SF Long Wall | 16.88 SF Short Wall |
| 9.67 LF Ceil. Perimeter | |

**Missing Wall:**   1 -   **4'8" X 6'9"**   **Opens into Hallway**   **Goes to Floor/Ceiling**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor | 99.99 SF | 0.00 | 0.23 | 23.00 |
| R&R Crown molding - 3 1/4" | 91.33 LF | 0.47 | 2.81 | 299.57 |
| R&R 5/8" drywall - hung, taped, ready for texture | 521.72 SF | 0.29 | 1.11 | 730.41 |
| R&R Door opening (jamb & casing) | 1.00 EA | 4.95 | 93.05 | 98.00 |
| R&R Acoustic ceiling (popcorn) texture | 99.99 SF | 0.32 | 0.68 | 99.99 |
| Seal & paint crown molding | 91.33 LF | 0.00 | 1.02 | 93.16 |
| Paint the walls and ceiling | 521.72 SF | 0.00 | 0.45 | 234.77 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 7.50 |
| Detach & Reset Light fixture - High grade | 2.00 EA | 0.00 | 0.00 | 55.88 |
| Detach & Reset Bathroom fan, light, and heater | 1.00 EA | 0.00 | 0.00 | 66.55 |
| Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2' 4' | 1.00 EA | 0.00 | 0.00 | 42.16 |
| Clean register - heat / AC | 1.00 EA | 0.00 | 4.25 | 4.25 |
| Clean light fixture | 3.00 EA | 0.00 | 5.17 | 15.51 |
| Clean bathroom fan | 1.00 EA | 0.00 | 13.67 | 13.67 |
| Mask and prep for paint | 91.33 LF | 0.00 | 1.05 | 95.90 |

---

Totals:  Hall Bath                                                                 1,880.32

## Cost Control Sevices

| | | | |
|---|---|---|---|

**Bedroom 2**                                                      **LxWxH 18'0" x 11'0" x 8'0"**

| | |
|---|---|
| 355.87 SF Walls | 198.00 SF Ceiling |
| 553.87 SF Walls & Ceiling | 198.00 SF Floor |
| 22.00 SY Flooring | 46.50 LF Floor Perimeter |
| 144.00 SF Long Wall | 88.00 SF Short Wall |
| 53.17 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 2 - | 3'7" X 4'2" | **Opens into Exterior** | **Goes to neither Floor/Ceiling** |
| **Missing Wall:** | 1 - | 2'8" X 6'8" | **Opens into Exterior** | **Goes to Floor** |

**Subroom 1:  Offset 1**                                          **LxWxH 4'10" x 2'3" x 7'0"**

| | |
|---|---|
| 65.34 SF Walls | 10.88 SF Ceiling |
| 76.21 SF Walls & Ceiling | 10.88 SF Floor |
| 1.21 SY Flooring | 9.33 LF Floor Perimeter |
| 33.83 SF Long Wall | 15.75 SF Short Wall |
| 9.33 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | 4'10" X 7'0" | **Opens into Bedroom 2** | **Goes to Floor/Ceiling** |

**Subroom 2:  Closet**                                            **LxWxH 3'0" x 2'4" x 8'0"**

| | |
|---|---|
| 72.00 SF Walls | 7.00 SF Ceiling |
| 79.00 SF Walls & Ceiling | 7.00 SF Floor |
| 0.78 SY Flooring | 8.67 LF Floor Perimeter |
| 24.00 SF Long Wall | 18.67 SF Short Wall |
| 10.67 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | 2'0" X 6'8" | **Opens into Bedroom 2** | **Goes to Floor** |

**Subroom 3:  Closet 2**                                          **LxWxH 3'0" x 2'4" x 8'0"**

| | |
|---|---|
| 72.00 SF Walls | 7.00 SF Ceiling |
| 79.00 SF Walls & Ceiling | 7.00 SF Floor |
| 0.78 SY Flooring | 8.67 LF Floor Perimeter |
| 24.00 SF Long Wall | 18.67 SF Short Wall |
| 10.67 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | 2'0" X 6'8" | **Opens into Bedroom 2** | **Goes to Floor** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 44.25 | 44.25 |

Cost Control Sevices

**CONTINUED - Bedroom 2**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor | 222.88 SF | 0.00 | 0.23 | 51.26 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 788.08 SF | 0.33 | 1.46 | 1,410.67 |
| Texture drywall | 788.08 SF | 0.00 | 0.66 | 520.13 |
| R&R Door opening (jamb & casing) | 2.00 EA | 4.95 | 93.05 | 196.00 |
| R&R Crown molding - 3 1/4" | 83.83 LF | 0.47 | 2.81 | 274.96 |
| Seal & paint crown molding | 83.83 LF | 0.00 | 1.02 | 85.51 |
| Mask and prep for paint | 83.83 LF | 0.00 | 1.05 | 88.02 |

Totals: Bedroom 2      2,670.80

**Master Bath**      LxWxH 6'0" x 5'0" x 8'0"



| | |
|---|---|
| 68.24 SF Walls | 30.00 SF Ceiling |
| 98.24 SF Walls & Ceiling | 30.00 SF Floor |
| 3.33 SY Flooring | 9.17 LF Floor Perimeter |
| 48.00 SF Long Wall | 40.00 SF Short Wall |
| 9.17 LF Ceil Perimeter | |

| Missing Wall: | 1 - | 3'7" X 4'2" | Opens into Exterior | Goes to neither Floor/Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 3'0" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |

**Subroom 1: Offset 1**      LxWxH 4'10" x 2'5" x 7'0"



| | |
|---|---|
| 67.67 SF Walls | 11.68 SF Ceiling |
| 79.35 SF Walls & Ceiling | 11.68 SF Floor |
| 1.30 SY Flooring | 9.67 LF Floor Perimeter |
| 33.83 SF Long Wall | 16.92 SF Short Wall |
| 9.67 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 4'10" X 7'0" | Opens into Master Bath | Goes to Floor/Ceiling |
|---|---|---|---|---|

Cost Control Sevices

---

| Subroom 2: | Offset 2 | | LxWxH 5'0" x 1'9" x 7'0" |

| | |
|---|---|
| 59.50 SF Walls | 8.75 SF Ceiling |
| 68.25 SF Walls & Ceiling | 8.75 SF Floor |
| 0.97 SY Flooring | 8 50 LF Floor Perimeter |
| 35.00 SF Long Wall | 12.25 SF Short Wall |
| 8.50 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 5'0" X 7'0" | Opens into Master Bath | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor | 50.43 SF | 0.00 | 0.23 | 11 60 |
| R&R Crown molding - 3 1/4" | 27 33 LF | 0.47 | 2.81 | 89.65 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 245.84 SF | 0.33 | 1.46 | 440.06 |
| Texture drywall | 245.84 SF | 0.00 | 0.66 | 162.25 |
| R&R Door opening (jamb & casing) | 3.00 EA | 4.95 | 144.87 | 449.46 |
| R&R Window trim set (casing & stop) | 2.00 LF | 0.40 | 3.98 | 8.76 |
| Seal & paint crown molding | 27.33 LF | 0.00 | 1.02 | 27.88 |
| Mask and prep for paint | 27.33 LF | 0.00 | 1.05 | 28.70 |

Totals: Master Bath                                                    1,218.36

---

| Den | | LxWxH 15'3" x 13'4" x 8'0" |

| | |
|---|---|
| 222.67 SF Walls | 203.33 SF Ceiling |
| 426.00 SF Walls & Ceiling | 203.33 SF Floor |
| 22.59 SY Flooring | 31.83 LF Floor Perimeter |
| 122.00 SF Long Wall | 106.67 SF Short Wall |
| 39.83 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 13'4" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |
| Missing Wall: | 1 - | 4'0" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |
| Missing Wall: | 1 - | 7'6" X 5'4" | Opens into Exterior | Goes to neither Floor/Ceiling |

---

Cost Control Sevices



| **Subroom 1:  Offset 1** | | | **LxWxH 8'0" x 1'9" x 8'0"** |
|---|---|---|---|
| 100.00 SF Walls | | 14.00 SF Ceiling | |
| 114.00 SF Walls & Ceiling | | 14.00 SF Floor | |
| 1.56 SY Flooring | | 11.50 LF Floor Perimeter | |
| 64.00 SF Long Wall | | 14.00 SF Short Wall | |
| 19.50 LF Ceil. Perimeter | | | |

**Missing Wall:**   1 -   8'0" X 7'0"        **Opens into Den**        **Goes to Floor**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 44.25 | 44.25 |
| Clean floor | 217.33 SF | 0.00 | 0.23 | 49.99 |
| R&R Crown molding - 3 1/4" | 59.33 LF | 0.47 | 2.81 | 194.61 |
| R&R 1/2" drywall - hung, taped, ready for texture | 540.00 SF | 0.29 | 1.09 | 745.20 |
| R&R Door opening (jamb & casing) | 3.00 EA | 4.95 | 144.87 | 449.46 |
| R&R Window trim set (casing & stop) | 2.00 LF | 0.40 | 3.12 | 7.04 |
| R&R Batt insulation - 6" - R21 | 322.67 SF | 0.26 | 0.87 | 364.61 |
| R&R Acoustic ceiling (popcorn) texture | 217.33 SF | 0.32 | 0.68 | 217.33 |
| Seal & paint crown molding | 59.33 LF | 0.00 | 1.02 | 60.52 |
| Paint the walls and ceiling | 540.00 SF | 0.00 | 0.45 | 243.00 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 99.50 |
| Mask and prep for paint | 59.33 LF | 0.00 | 1.05 | 62.30 |

Totals:  Den                                                            2,537.81

| **Kitchen** | | | **LxWxH 17'6" x 16'4" x 8'0"** |
|---|---|---|---|
| 541.33 SF Walls | | 285.83 SF Ceiling | |
| 827.17 SF Walls & Ceiling | | 285.83 SF Floor | |
| 31.76 SY Flooring | | 67.67 LF Floor Perimeter | |
| 140.00 SF Long Wall | | 130.67 SF Short Wall | |
| 67.67 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor | 285.83 SF | 0.00 | 0.23 | 65.74 |
| R&R Crown molding - 3 1/4" | 67.67 LF | 0.47 | 2.81 | 221.95 |

**Cost Control Sevices**

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 827.17 SF | 0.33 | 1.46 | 1,480.64 |
| R&R Door opening (jamb & casing) | 1.00 EA | 4.95 | 93.05 | 98.00 |
| R&R Window trim set (casing & stop) | 1.00 LF | 0.40 | 3.98 | 4.38 |
| Seal & paint crown molding | 67.67 LF | 0.00 | 1.02 | 69.02 |
| Detach & Reset Fluorescent light fixture | 2.00 EA | 0.00 | 0.00 | 84.32 |
| Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 2.00 EA | 0.00 | 0.00 | 84.32 |
| Mask and prep for paint | 67.67 LF | 0.00 | 1.05 | 71.05 |

| Totals: Kitchen | | | | 2,179.42 |
|---|---|---|---|---|



| Breakfast Room | | | LxWxH 9'9" x 8'5" x 8'0" |
|---|---|---|---|
| | 132.56 SF Walls | | 82.06 SF Ceiling |
| | 214.62 SF Walls & Ceiling | | 82.06 SF Floor |
| | 9.12 SY Flooring | | 14.42 LF Floor Perimeter |
| | 78.00 SF Long Wall | | 67.33 SF Short Wall |
| | 27.33 LF Ceil. Perimeter | | |

| Missing Wall: | 1 - | 8'4" X 6'8" | Opens into Exterior | Goes to Floor |
|---|---|---|---|---|
| Missing Wall: | 1 - | 4'7" X 6'8" | Opens into Exterior | Goes to Floor |
| Missing Wall: | 1 - | 9'0" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 44.25 | 44.25 |
| Clean floor - tile | 82.06 SF | 0.00 | 0.46 | 37.75 |
| R&R Crown molding - 3 1/4" | 27.33 LF | 0.47 | 2.81 | 89.65 |
| R&R 5/8" drywall - hung, taped, ready for texture | 214.62 SF | 0.29 | 1.11 | 300.47 |
| R&R Batt insulation - 6" - R21 | 82.06 SF | 0.26 | 0.87 | 92.73 |
| R&R Acoustic ceiling (popcorn) texture | 82.06 SF | 0.32 | 0.68 | 82.06 |
| Paint the ceiling - one coat | 82.06 SF | 0.00 | 0.45 | 36.93 |

Cost Control Sevices

CONTINUED - Breakfast Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal & paint crown molding | 27.33 LF | 0.00 | 1.02 | 27.88 |
| Mask and prep for paint | 27.33 LF | 0.00 | 1.05 | 28.70 |

| Totals: Breakfast Room | | | | 740.42 |
|---|---|---|---|---|

**Rear Hall**                                        **LxWxH 9'6" x 4'4" x 8'0"**



| | |
|---|---|
| 115.56 SF Walls | 41.17 SF Ceiling |
| 156.72 SF Walls & Ceiling | 41.17 SF Floor |
| 4.57 SY Flooring | 12.67 LF Floor Perimeter |
| 76.00 SF Long Wall | 34.67 SF Short Wall |
| 23.33 LF Ceil. Perimeter | |

| Missing Wall: | 2 - | 3'0" X 6'8" | Opens into Exterior | Goes to Floor |
|---|---|---|---|---|
| Missing Wall: | 1 - | 2'0" X 6'8" | Opens into Exterior | Goes to Floor |
| Missing Wall: | 1 - | 2'8" X 6'8" | Opens into Exterior | Goes to Floor |
| Missing Wall: | 1 - | 4'4" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 44.25 | 44.25 |
| Clean floor | 41.17 SF | 0.00 | 0.23 | 9.47 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 156.72 SF | 0.33 | 1.46 | 280.53 |
| R&R Door opening (jamb & casing) | 3.00 EA | 4.95 | 93.05 | 294.00 |
| R&R Crown molding - 3 1/4" | 23.33 LF | 0.47 | 2.81 | 76.53 |
| Seal & paint crown molding | 23.33 LF | 0.00 | 1.02 | 23.80 |
| Mask and prep for paint | 23.33 LF | 0.00 | 1.05 | 24.50 |

| Totals: Rear Hall | | | | 753.08 |
|---|---|---|---|---|

Cost Control Sevices

---

| Utility / Bath Room | LxWxH 8'11" x 3'5" x 8'0" |

| | |
|---|---|
| 28.67 SF Walls | 30.47 SF Ceiling |
| 59.13 SF Walls & Ceiling | 30.47 SF Floor |
| 3.39 SY Flooring | 2.25 LF Floor Perimeter |
| 71.33 SF Long Wall | 27.33 SF Short Wall |
| 10.25 LF Ceil. Perimeter | |

| Subroom 1:  Closet | LxWxH 6'6" x 3'5" x 8'0" |

| | |
|---|---|
| 118.67 SF Walls | 22.21 SF Ceiling |
| 140.88 SF Walls & Ceiling | 22.21 SF Floor |
| 2.47 SY Flooring | 13.83 LF Floor Perimeter |
| 52.00 SF Long Wall | 27.33 SF Short Wall |
| 19.83 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| Missing Wall: | 1 - | 6'0" X 6'8" | Opens into Utility / Bath Room | Goes to Floor |

| Subroom 2:  Closet 2 | LxWxH 3'0" x 2'6" x 8'0" |

| | |
|---|---|
| 74.67 SF Walls | 7.50 SF Ceiling |
| 82.17 SF Walls & Ceiling | 7.50 SF Floor |
| 0.83 SY Flooring | 9.00 LF Floor Perimeter |
| 24.00 SF Long Wall | 20.00 SF Short Wall |
| 11.00 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| Missing Wall: | 1 - | 2'0" X 6'8" | Opens into Utility / Bath Room | Goes to Floor |

| Subroom 3:  Dressing Room | LxWxH 6'10" x 4'4" x 8'0" |

| | |
|---|---|
| 124.67 SF Walls | 29.61 SF Ceiling |
| 154.28 SF Walls & Ceiling | 29.61 SF Floor |
| 3.29 SY Flooring | 15.58 LF Floor Perimeter |
| 54.67 SF Long Wall | 34.67 SF Short Wall |
| 15.58 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| Missing Wall: | 1 - | 3'4" X 8'0" | Opens into Utility / Bath Room | Goes to Floor/Ceiling |
| Missing Wall: | 1 - | 3'5" X 8'0" | Opens into Utility / Bath Room | Goes to Floor/Ceiling |

Cost Control Sevices

___

### Subroom 4:  Offset 1            LxWxH 8'5" x 7'0" x 8'0"



| | |
|---|---|
| 185.33 SF Walls | 58.92 SF Ceiling |
| 244.25 SF Walls & Ceiling | 58.92 SF Floor |
| 6.55 SY Flooring | 23.17 LF Floor Perimeter |
| 67.33 SF Long Wall | 56.00 SF Short Wall |
| 23.17 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 3'4" X 8'0" | Opens into Utility / Bath Room | Goes to Floor/Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 4'4" X 8'0" | Opens into Utility / Bath Room | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor - tile | 148.70 SF | 0.00 | 0.46 | 68.40 |
| R&R Crown molding - 3 1/4" | 79.83 LF | 0.47 | 2.81 | 261.84 |
| R&R 5/8" drywall - hung, taped, ready for texture | 680.70 SF | 0.29 | 1.11 | 952.98 |
| Texture drywall | 680.70 SF | 0.00 | 0.66 | 449.26 |
| R&R Batt insulation - 6" - R21 | 11.00 SF | 0.26 | 0.87 | 12.43 |
| R&R Acoustic ceiling (popcorn) texture | 148.70 SF | 0.32 | 0.68 | 148.70 |
| Paint the ceiling | 148.70 SF | 0.00 | 0.67 | 99.63 |
| Seal & paint crown molding | 79.83 LF | 0.00 | 1.02 | 81.43 |
| Mask and prep for paint | 79.83 LF | 0.00 | 1.05 | 83.82 |

Totals:  Utility / Bath Room                                                 2,158.49

___

### Garage            LxWxH 22'3" x 20'4" x 8'0"

| | |
|---|---|
| 521.32 SF Walls | 452.42 SF Ceiling |
| 973.74 SF Walls & Ceiling | 452.42 SF Floor |
| 50.27 SY Flooring | 61.83 LF Floor Perimeter |
| 178.00 SF Long Wall | 162.67 SF Short Wall |
| 85.17 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 3'0" X 6'8" | Opens into Exterior | Goes to Floor |
|---|---|---|---|---|
| Missing Wall: | 1 - | 17'10" X 6'11" | Opens into Exterior | Goes to Floor |

Cost Control Sevices

---



**Subroom 1:  Closet**                                       **LxWxH 4'8" x 3'10" x 8'0"**

| | |
|---|---|
| 119.33 SF Walls | 17 89 SF Ceiling |
| 137.22 SF Walls & Ceiling | 17.89 SF Floor |
| 1.99 SY Flooring | 14.50 LF Floor Perimeter |
| 37.33 SF Long Wall | 30.67 SF Short Wall |
| 17.00 LF Ceil. Perimeter | |

**Missing Wall:**   1 -   **2'6" X 6'8"**      **Opens into Garage**      **Goes to Floor**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 44.25 | 44.25 |
| Clean floor | 470.31 SF | 0.00 | 0 23 | 108.17 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 1,110.96 SF | 0.33 | 1.46 | 1,988 62 |
| Texture drywall | 1,110.96 SF | 0.00 | 0.66 | 733.23 |
| R&R Door opening (jamb & casing) | 3.00 EA | 4.95 | 144.87 | 449.46 |
| R&R Crown molding - 3 1/4" | 102.17 LF | 0.47 | 2.81 | 335 12 |
| Seal & paint crown molding | 102.17 LF | 0.00 | 1.02 | 104.21 |
| Mask and prep for paint | 102 17 LF | 0.00 | 1 05 | 107.28 |

Totals:  Garage                                                                    3,870.34

---

**Dining Room**                                               **LxWxH 12'4" x 10'3" x 8'0"**

| | |
|---|---|
| 296 00 SF Walls | 126.42 SF Ceiling |
| 422.42 SF Walls & Ceiling | 126.42 SF Floor |
| 14.05 SY Flooring | 37.00 LF Floor Perimeter |
| 98.67 SF Long Wall | 82.00 SF Short Wall |
| 37.00 LF Ceil. Perimeter | |

**Missing Wall:**   1 -   **5'4" X 8'0"**      **Opens into Exterior**      **Goes to Floor/Ceiling**
**Missing Wall:**   1 -   **2'10" X 8'0"**     **Opens into Exterior**      **Goes to Floor/Ceiling**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 44.25 | 44.25 |
| Clean floor | 126.42 SF | 0.00 | 0.23 | 29.08 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 422.42 SF | 0 33 | 1.46 | 756.13 |

Cost Control Sevices

---

**CONTINUED - Dining Room**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Texture drywall | 422.42 SF | 0.00 | 0.66 | 278.80 |
| R&R Crown molding - 3 1/4" | 37.00 LF | 0.47 | 2.81 | 121.36 |
| Seal & paint crown molding | 37.00 LF | 0.00 | 1.02 | 37.74 |
| Totals:  Dining Room | | | | 1,267.36 |
| Total· Interior | | | | 21,861.64 |
| **Line Item Subtotals: 2225_22ND_ST** | | | | **96,362.13** |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 113.16 |
| Carpenter - General Framer | 88.32 |
| Cleaning Technician | 47.00 |
| Floor Cleaning Technician | 56.66 |
| Drywall Installer/Finisher | 178.60 |
| Electrician | 126.40 |
| Heating / A.C. Mechanic | 120.06 |
| Insulation Installer | 90.94 |
| General Laborer | 24.20 |
| Painter | 102.54 |
| Roofer | 189.90 |
| Siding Installer | 110.76 |
| Total Adjustments for Base Service Charges: | 1,248.54 |
| **Line Item Totals: 2225_22ND_ST** | **97,610.67** |

Cost Control Sevices

**Grand Total Areas:**

| | | |
|---|---|---|
| 5,642 02   SF Walls | 1,836.81   SF Ceiling | 7,478 83   SF Walls and Ceiling |
| 1,836.81   SF Floor | 204.09   SY Flooring | 719.09   LF Floor Perimeter |
| 3,380.65   SF Long Wall | 2,698 36   SF Short Wall | 850.01   LF Ceil. Perimeter |
| | | |
| 0.00   Floor Area | 0.00   Total Area | 0.00   Interior Wall Area |
| 0 00   Exterior Wall Area | 0.00   Exterior Perimeter of Walls | |
| | | |
| 0.00   Surface Area | 0.00   Number of Squares | 0.00   Total Perimeter Length |
| 0.00   Total Ridge Length | 0.00   Total Hip Length | |

**Cost Control Sevices**

### Summary for Dwelling

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 96,362.13 |
| Total Adjustments for Base Service Charges | | | | 1,248.54 |
| | | | | |
| Subtotal | | | | 97,610.67 |
| Overhead | @ | 10.0% x | 97,610.67 | 9,761.07 |
| Profit | @ | 10.0% x | 107,371.74 | 10,737.17 |
| Material Sales Tax | @ | 9.000% x | 25,469.87 | 2,292.29 |
| | | | | |
| **Replacement Cost Value** | | | | **$120,401.20** |
| **Net Claim** | | | | **$120,401.20** |

Tommy Greenlee

**Cost Control Sevices**

## Recap by Room

| | | |
|---|---|---|
| **Estimate: 2225_22ND_ST** | | |
| General Conditions | **44,685.39** | **45.78%** |
| | | |
| **Area: Exterior** | | |
| Front Elevation | **1,517.44** | **1.55%** |
| Right Elevation | **371.95** | **0.38%** |
| Rear Elevation | **3,517.50** | **3.60%** |
| Left Elevation | **578.90** | **0.59%** |
| Roof | **23,829.31** | **24.41%** |
| | | |
| Area Subtotal: Exterior | **29,815.10** | **30.54%** |
| | | |
| **Area: Interior** | | |
| Hall | **2,585.24** | **2.65%** |
| Hall Bath | **1,880.32** | **1.93%** |
| Bedroom 2 | **2,670.80** | **2.74%** |
| Master Bath | **1,218.36** | **1.25%** |
| Den | **2,537.81** | **2.60%** |
| Kitchen | **2,179.42** | **2.23%** |
| Breakfast Room | **740.42** | **0.76%** |
| Rear Hall | **753.08** | **0.77%** |
| Utility / Bath Room | **2,158.49** | **2.21%** |
| Garage | **3,870.34** | **3.97%** |
| Dining Room | **1,267.36** | **1.30%** |
| | | |
| Area Subtotal: Interior | **21,861.64** | **22.40%** |
| | | |
| **Subtotal of Areas** | **96,362.13** | **98.72%** |
| **Base Service Charges** | **1,248.54** | **1.28%** |
| | | |
| **Total** | **97,610.67** | **100.00%** |

Cost Control Sevices

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| CLEANING | | | 508.98 | 0.42% |
| CONTENT MANIPULATION | | | 309.75 | 0.26% |
| GENERAL DEMOLITION | | | 20,088.15 | 16.68% |
| DOORS | | | 875.80 | 0.73% |
| DRYWALL | | | 9,862.62 | 8.19% |
| ELECTRICAL | | | 66.55 | 0.06% |
| PERMITS AND FEES | | | 1,000.00 | 0.83% |
| FINISH CARPENTRY / TRIMWORK | | | 5,129.41 | 4.26% |
| FRAMING & ROUGH CARPENTRY | | | 9,772.73 | 8.12% |
| HEAT, VENT & AIR CONDITIONING | | | 7,970.10 | 6.62% |
| INSULATION | | | 2,336.68 | 1.94% |
| LABOR ONLY | | | 19,694.40 | 16.36% |
| LIGHT FIXTURES | | | 414.11 | 0.34% |
| PANELING & WOOD WALL FINISHES | | | 639.71 | 0.53% |
| PAINTING | | | 3,086.81 | 2.56% |
| SWIMMING POOLS & SPAS | | | 2,913.60 | 2.42% |
| ROOFING | | | 7,745.87 | 6.43% |
| SOFFIT, FASCIA, & GUTTER | | | 322.88 | 0.27% |
| TEMPORARY REPAIRS | | | 3,623.98 | 3.01% |
| **Subtotal** | | | **96,362.13** | **80.03%** |
| Base Service Charges | | | 1,248.54 | 1.04% |
| Overhead | @ | 10.0% | 9,761.07 | 8.11% |
| Profit | @ | 10.0% | 10,737.17 | 8.92% |
| **O&P Items Subtotal** | | | **118,108.91** | **98.10%** |
| Material Sales Tax | @ | 9.000% | 2,292.29 | 1.90% |
| **Total** | | | **120,401.20** | **100.00%** |

**Cost Control Services**

Client: Harmon , Ella
Property: 2225 22 ND Street
Lake Charles, LA 70601

Operator Info:
Operator: TOMMY

Type of Estimate: Wind Damage
Date Entered: 11/16/2008          Date Assigned:

Price List: LALC2B53
Restoration/Service/Remodel
Estimate: LA-2225-22ND-COV-B

Cost Control Services

---

**LA-2225-22ND-COV-B**

**Exterior**

**Fencing**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Post & rail fence | 85 00 LF | 3.46 | 9.13 | 1,070.15 |

| | | | | |
|---|---|---|---|---|
| Totals: Fencing | | | | 1,070.15 |

**Shed**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Storage shed - Metal / Damaged by fallen tree | 1.00 EA | 117 78 | 905.19 | 1,022.97 |

| | |
|---|---|
| Totals: Shed | 1,022.97 |
| Total: Exterior | 2,093.12 |
| **Line Item Subtotals: LA-2225-22ND-COV-B** | **2,093.12** |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Mechanic | 115.58 |
| Fencing Installer | 96.18 |
| Total Adjustments for Base Service Charges: | 211.76 |
| **Line Item Totals: LA-2225-22ND-COV-B** | **2,304.88** |

**Cost Control Services**

## Grand Total Areas:

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 0.00 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

Cost Control Services

---

### Summary

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 2,093.12 |
| Total Adjustments for Base Service Charges | | | | 211.76 |
| Subtotal | | | | 2,304.88 |
| Overhead | @ | 10.0% x | 2,304.88 | 230.49 |
| Profit | @ | 10.0% x | 2,535.37 | 253.54 |
| Material Sales Tax | @ | 8.250% x | 884.57 | 72.98 |
| **Replacement Cost Value** | | | | **$2,861.89** |
| **Net Claim** | | | | **$2,861.89** |

---

**Cost Control Services**

## Recap by Room

**Estimate: LA-2225-22ND-COV-B**

| Area: | Exterior | | |
|-------|----------|----------|---------|
| | Fencing | 1,070.15 | 46.43% |
| | Shed | 1,022.97 | 44.38% |
| | Area Subtotal: Exterior | 2,093.12 | 90.81% |
| **Subtotal of Areas** | | 2,093.12 | 90.81% |
| **Base Service Charges** | | 211.76 | 9.19% |
| **Total** | | 2,304.88 | 100.00% |

```
PCL XL error

        Subsystem: xlparse

        Error:     Input Stream EOF

        Operator:  Parser

        Position:  2206
```