# LUNDY & DAVIS, L.L.P.
## ATTORNEYS AT LAW

Lake Charles, Louisiana

Houston, Texas

**CLAYTON DAVIS**
ATTORNEY AT LAW
cdavis@lundydavis.com

501 BROAD STREET
P.O. BOX 3010
LAKE CHARLES, LA 70602
(337) 439-0707
FACSIMILE (337) 439-1029
www.lundydavis.com

Jackson, Mississippi

Fayetteville, Arkansas

July 7, 2008

Matthew Keating
Michael Williamson
Plauche, Smith & Nieset
1123 Pithon Street
P.O. Drawer 1705
Lake Charles, LA 70602

*Via Facsimile 436-9637*

Re: *Ella Harmon and Chantell Smith*  *Jim Ortego*
    *v. No. 2:07CV1990*          *v. No. 2:07CV1909*
    *State Farm Fire and Casualty Co.*  *State Farm Fire and Casualty Co.*

    *Kenneth Harper*
    *v. 2:07-cv-1947*
    *State Farm Fire and Casualty Co.*

Gentlemen:

In the referenced matters, please be advised that we are cancelling the depositions of the Plaintiffs' experts, Tommy Greenlee, Phillip Sonnier and Kermith Sonnier set for July 30th and the Plaintiffs, Jim and Beverly Ortego, Ella Harmon and Chantell Smith, and Kenneth Harper set for July 31st in the referenced matters due to a conflict.

Very Truly Yours,

LUNDY & DAVIS, L.L.P.

CLAYTON DAVIS

CD/dlh
cc: Kermith Sonnier
    Phillip Sonnier
    Tommy Greenlee
    Mr. and Mrs. Jim Ortego
    Ella Harmon
    Chantell Smith
    Kenneth Harper


EXHIBIT C