## Cost Control Sevices

|              |                        |
| ------------ | ---------------------- |
| Insured:     | Harmon, Ella           |
| Property:    | 2225 22nd st.          |
|              | Lake Charles, LA 70601 |

Estimator:    Kermith Sonnier

**Claim Number:** 18-R556-392          **Policy Number:** 18-EF-5554-7          **Type of Loss:** Hurricane

| Coverage  | Deductible | Policy Limit |
| --------- | ---------- | ------------ |
| Dwelling  | $0.00      | $0.00        |

| Date of Loss:     | 9/24/2005 | Date Received: |                     |
| ----------------- | --------- | -------------- | ------------------- |
| Date Inspected:   |           | Date Entered:  | 10/1/2007 11:13 PM  |

|              |                              |
| ------------ | ---------------------------- |
| Price List:  | LALC2B53                     |
|              | Restoration/Service/Remodel  |
| Estimate:    | 2225_22ND_ST                 |



**Cost Control Sevices**

## 2225_22ND_ST

### General Conditions



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Tree - tear out and disposal - 12" to 24" diameter | 1.00 EA | 5,275.10 | 0.00 | 5,275.10 |
| Dump and landfill fees - (per ton) | 4.00 EA | 51.75 | 0.00 | 207.00 |
| Temporary toilet (per month) | 4.00 MO | 0.00 | 110.52 | 442.08 |
| Temporary Repairs - per hour | 40.00 HR | 0.00 | 26.91 | 1,076.40 |
| Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 0.00 | 1,000.00 | 1,000.00 |
| Remove Trees From Structure as per bid | 1.00 EA | 5,275.10 | 0.00 | 5,275.10 |
| Additional Debris Removal Due to Location | 2.00 EA | 250.00 | 0.00 | 500.00 |

Totals:  General Conditions                                                    13,775.68

### Exterior



| Front Elevation | Formula Elevation 85'0" x ... x 8'0" |
|---|---|
| 680.00 SF Walls | 85.00 LF Floor Perimeter |
| 680.00 SF Walls & Ceiling | 680.00 SF Short Wall |
| 680.00 SF Long Wall | |
| 85.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Column - round cast fiberglass - 8" diameter | 16.00 LF | 4.58 | 32.90 | 599.68 |
| R&R Soffit - wood | 18.00 SF | 0.24 | 3.98 | 75.96 |
| R&R Trim board - 1" x 8" - installed (fascia) | 12.00 LF | 0.35 | 4.38 | 56.76 |
| R&R Gutter / downspout - galvanized | 38.00 LF | 0.39 | 3.28 | 139.46 |
| R&R Sheathing - plywood - 3/8" | 85.58 SF | 0.44 | 1.17 | 137.79 |

**Cost Control Sevices**

**CONTINUED - Front Elevation**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Rafters - 2x6 - 16" OC (3-5/12 Gable, per SF of floor) | 85.00 SF | 0.78 | 2.01 | 237.15 |
| R&R Light fixture | 1.00 EA | 6.54 | 47.93 | 54.47 |
| R&R Crown molding - 3 1/4" | 39.17 LF | 0.53 | 3.09 | 141.80 |
| Paint column | 16.00 LF | 0.00 | 2.29 | 36.64 |
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 12.00 LF | 0.00 | 1.12 | 13.44 |
| Paint exterior soffit - wood - 1 coat | 18.00 SF | 0.00 | 1.12 | 20.16 |
| Paint the surface area | 85.58 SF | 0.00 | 0.77 | 65.90 |
| Seal & paint crown molding | 39.17 LF | 0.00 | 0.95 | 37.21 |
| Prime & paint gutter / downspout | 38.00 LF | 0.00 | 1.26 | 47.88 |

Totals:  Front Elevation                                                                                        1,664.30



| Right Elevation | | Formula Elevation 26'7" x ... x 7'8" | |
|---|---|---|---|
| 283.56 SF Walls | | 26.58 LF Floor Perimeter | |
| 283.56 SF Walls & Ceiling | | 283.56 SF Short Wall | |
| 283.56 SF Long Wall | | | |
| 29.17 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Crown molding - 3 1/4" | 40.00 LF | 0.53 | 3.09 | 144.80 |
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 40.00 LF | 0.00 | 1.12 | 44.80 |
| Paint exterior soffit - wood - 1 coat | 40.00 SF | 0.00 | 1.12 | 44.80 |
| Paint the surface area | 85.58 SF | 0.00 | 0.77 | 65.90 |
| Seal & paint crown molding | 40.00 LF | 0.00 | 0.95 | 38.00 |

Totals:  Right Elevation                                                                                        338.30

**Cost Control Sevices**



| **Rear Elevation** | | | | LxWxH 0'0" x 0'0" x 8'0" |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Stud wall - 2" x 4" - 8" oc | 120.00 SF | 0.20 | 2.13 | 279.60 |
| R&R Soffit - box framing - 2' overhang | 30.00 LF | 1.47 | 4.22 | 170.70 |
| R&R Gutter / downspout - aluminum | 35.00 LF | 0.39 | 3.97 | 152.60 |

| Totals:  Rear Elevation | | | | 602.90 |



| **Left Elevation** | | | Formula Elevation 71'4" x ... x 7'8" |

| 567.69 SF Walls | 71.33 LF Floor Perimeter |
|---|---|
| 567.69 SF Walls & Ceiling | 567.69 SF Short Wall |
| 567.69 SF Long Wall | |
| 71.34 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint exterior fascia - 1 coat - wood, 6"- 8" wide | 134.00 LF | 0.00 | 1.12 | 150.08 |
| Paint exterior soffit - wood - 1 coat | 134.00 SF | 0.00 | 1.12 | 150.08 |
| Paint the surface area | 85.58 SF | 0.00 | 0.77 | 65.90 |
| Seal & paint crown molding | 134.00 LF | 0.00 | 0.95 | 127.30 |

| Totals:  Left Elevation | | | | 493.36 |

**Cost Control Sevices**



| Roof | | | LxWxH 0'0" x 0'0" x 8'0" |
|---|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 39.30 SQ | 43.71 | 108.33 | 5,975.17 |
| Roofing felt | 39.30 SQ | 0.00 | 22.43 | 881.50 |
| R&R Sheathing - plywood - 5/8" CDX | 96.00 SF | 0.44 | 1.49 | 185.28 |
| Ridge cap - composition shingles | 140.50 LF | 0.00 | 2.12 | 297.86 |
| R&R Roll roofing | 2.79 SQ | 33.97 | 52.66 | 241.70 |
| Roofing felt | 2.79 SQ | 0.00 | 22.43 | 62.58 |
| R&R Flashing - pipe jack | 6.00 EA | 5.52 | 23.84 | 176.16 |
| R&R Ridge flashing | 140.50 LF | 1.13 | 4.64 | 810.69 |
| R&R Valley metal | 66.00 LF | 0.47 | 3.27 | 246.84 |
| R&R Chimney flashing - (32" x 60") | 1.00 EA | 19.63 | 400.00 | 419.63 |
| R&R Drip edge | 347.00 LF | 0.26 | 1.50 | 610.72 |
| R&R Roof vent - turbine type | 2.00 EA | 7.05 | 84.18 | 182.46 |

| Totals: Roof | | | | 10,090.59 |
|---|---|---|---|---|

| Total: Exterior | | | | 13,189.45 |
|---|---|---|---|---|

**Interior**

## Cost Control Sevices



**Hall**                                                          LxWxH 23'5" x 3'7" x 8'0"

| | |
|---|---|
| 274.78 SF Walls | 83.91 SF Ceiling |
| 358.69 SF Walls & Ceiling | 83.91 SF Floor |
| 9.32 SY Flooring | 30.42 LF Floor Perimeter |
| 187.33 SF Long Wall | 28.67 SF Short Wall |
| 54.00 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | **4'2" X 6'8"** | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 1 - | **3'5" X 6'8"** | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 1 - | **2'6" X 6'8"** | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 2 - | **2'8" X 6'8"** | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 1 - | **2'6" X 6'8"** | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 1 - | **3'0" X 6'8"** | **Opens into Exterior** | **Goes to Floor** |

**Subroom 1:  Offset 1**                                         LxWxH 3'4" x 2'4" x 8'0"

| | |
|---|---|
| 72.89 SF Walls | 7.78 SF Ceiling |
| 80.67 SF Walls & Ceiling | 7.78 SF Floor |
| 0.86 SY Flooring | 8.67 LF Floor Perimeter |
| 26.67 SF Long Wall | 18.67 SF Short Wall |
| 11.33 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | **2'8" X 6'8"** | **Opens into Hall** | **Goes to Floor** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 45.74 | 45.74 |
| Clean floor | 91.69 SF | 0.00 | 0.23 | 21.09 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 69.53 SF | 0.33 | 1.46 | 124.45 |
| R&R Baseboard - 2 1/4" | 39.08 LF | 0.33 | 2.00 | 91.06 |
| R&R Acoustic ceiling (popcorn) texture | 91.69 SF | 0.37 | 0.77 | 104.53 |
| Remove Tear off painted acoustic ceiling (popcorn) texture | 91.69 SF | 0.71 | 0.00 | 65.10 |
| R&R Crown molding - 3 1/4" | 65.33 LF | 0.48 | 2.83 | 216.24 |
| R&R Interior door unit | 5.00 EA | 14.72 | 175.16 | 949.40 |
| R&R Door opening (jamb & casing) | 5.00 EA | 4.95 | 93.05 | 490.00 |
| Seal & paint crown molding | 65.33 LF | 0.00 | 0.95 | 62.06 |
| Paint baseboard - two coats | 39.08 LF | 0.00 | 1.04 | 40.64 |
| Paint the surface area - one coat | 40.56 SF | 0.00 | 0.42 | 17.04 |
| Mask and prep for paint | 65.33 LF | 0.00 | 0.98 | 64.02 |

**Cost Control Sevices**

**CONTINUED - Hall**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Totals: Hall | | | | 2,291.37 |

**Hall Bath**                                                    **LxWxH 10'9" x 4'3" x 8'0"**

| | |
|---|---|
| 105.93 SF Walls | 45.69 SF Ceiling |
| 151.62 SF Walls & Ceiling | 45.69 SF Floor |
| 5.08 SY Flooring | 20.33 LF Floor Perimeter |
| 86.00 SF Long Wall | 34.00 SF Short Wall |
| 25.33 LF Ceil. Perimeter | |

**Subroom 1:  Offset 1**                                        **LxWxH 8'5" x 2'0" x 4'2"**

| | |
|---|---|
| 51.74 SF Walls | 16.83 SF Ceiling |
| 68.57 SF Walls & Ceiling | 16.83 SF Floor |
| 1.87 SY Flooring | 20.83 LF Floor Perimeter |
| 35.07 SF Long Wall | 8.33 SF Short Wall |
| 20.83 LF Ceil. Perimeter | |

**Missing Wall:        1 -    8'5" X 4'2"           Opens into Hallway                 Goes to neither Floor/Ceiling**

**Subroom 2:  Offset 2**                                        **LxWxH 5'0" x 2'7" x 6'10"**

| | |
|---|---|
| 69.48 SF Walls | 12.92 SF Ceiling |
| 82.39 SF Walls & Ceiling | 12.92 SF Floor |
| 1.44 SY Flooring | 15.17 LF Floor Perimeter |
| 34.17 SF Long Wall | 17.65 SF Short Wall |
| 15.17 LF Ceil. Perimeter | |

**Missing Wall:        1 -    5'0" X 6'10"          Opens into Hallway                 Goes to neither Floor/Ceiling**

**Cost Control Sevices**

| | Subroom 3: Closet | LxWxH 2'8" x 2'4" x 8'0" |
|---|---|---|
| | 63.33 SF Walls | 6.22 SF Ceiling |
| | 69.56 SF Walls & Ceiling | 6.22 SF Floor |
| | 0.69 SY Flooring | 7.50 LF Floor Perimeter |
| | 21.33 SF Long Wall | 18.67 SF Short Wall |
| | 10.00 LF Ceil. Perimeter | |

**Missing Wall:** 1 - 2'6" X 6'8"   **Opens into Hallway**   **Goes to Floor**

| | Subroom 4: Toilet | LxWxH 2'8" x 2'6" x 8'0" |
|---|---|---|
| | 66.00 SF Walls | 6.67 SF Ceiling |
| | 72.67 SF Walls & Ceiling | 6.67 SF Floor |
| | 0.74 SY Flooring | 7.83 LF Floor Perimeter |
| | 21.33 SF Long Wall | 20.00 SF Short Wall |
| | 10.33 LF Ceil. Perimeter | |

**Missing Wall:** 1 - 2'6" X 6'8"   **Opens into Hallway**   **Goes to Floor**

| | Subroom 5: Shower | LxWxH 4'8" x 2'6" x 6'9" |
|---|---|---|
| | 65.25 SF Walls | 11.67 SF Ceiling |
| | 76.92 SF Walls & Ceiling | 11.67 SF Floor |
| | 1.30 SY Flooring | 9.67 LF Floor Perimeter |
| | 31.50 SF Long Wall | 16.88 SF Short Wall |
| | 9.67 LF Ceil. Perimeter | |

**Missing Wall:** 1 - 4'8" X 6'9"   **Opens into Hallway**   **Goes to Floor/Ceiling**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor | 99.99 SF | 0.00 | 0.23 | 23.00 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 50.00 SF | 0.33 | 1.46 | 89.50 |
| R&R Acoustic ceiling (popcorn) texture | 99.99 SF | 0.37 | 0.77 | 113.99 |
| R&R Crown molding - 3 1/4" | 91.33 LF | 0.48 | 2.83 | 302.30 |
| R&R Door opening (jamb & casing) | 1.00 EA | 4.95 | 93.05 | 98.00 |
| Seal & paint crown molding | 91.33 LF | 0.00 | 0.95 | 86.76 |
| Paint the walls and ceiling | 521.72 SF | 0.00 | 0.42 | 219.12 |

| | |
|---|---|
| Totals: Hall Bath | 932.67 |

## Cost Control Sevices

**Bedroom 2**                                                LxWxH 18'0" x 11'0" x 8'0"

| | |
|---|---|
| 355.87 SF Walls | 198.00 SF Ceiling |
| 553.87 SF Walls & Ceiling | 198.00 SF Floor |
| 22.00 SY Flooring | 46.50 LF Floor Perimeter |
| 144.00 SF Long Wall | 88.00 SF Short Wall |
| 53.17 LF Ceil. Perimeter | |

| Missing Wall: | 2 - | 3'7" X 4'2" | Opens into Exterior | Goes to neither Floor/Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 2'8" X 6'8" | Opens into Exterior | Goes to Floor |

**Subroom 1:  Offset 1**                                     LxWxH 4'10" x 2'3" x 7'0"

| | |
|---|---|
| 65.34 SF Walls | 10.88 SF Ceiling |
| 76.21 SF Walls & Ceiling | 10.88 SF Floor |
| 1.21 SY Flooring | 9.33 LF Floor Perimeter |
| 33.83 SF Long Wall | 15.75 SF Short Wall |
| 9.33 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 4'10" X 7'0" | Opens into Bedroom 2 | Goes to Floor/Ceiling |
|---|---|---|---|---|

**Subroom 2:  Closet**                                       LxWxH 3'0" x 2'4" x 8'0"

| | |
|---|---|
| 72.00 SF Walls | 7.00 SF Ceiling |
| 79.00 SF Walls & Ceiling | 7.00 SF Floor |
| 0.78 SY Flooring | 8.67 LF Floor Perimeter |
| 24.00 SF Long Wall | 18.67 SF Short Wall |
| 10.67 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 2'0" X 6'8" | Opens into Bedroom 2 | Goes to Floor |
|---|---|---|---|---|

**Subroom 3:  Closet 2**                                     LxWxH 3'0" x 2'4" x 8'0"

| | |
|---|---|
| 72.00 SF Walls | 7.00 SF Ceiling |
| 79.00 SF Walls & Ceiling | 7.00 SF Floor |
| 0.78 SY Flooring | 8.67 LF Floor Perimeter |
| 24.00 SF Long Wall | 18.67 SF Short Wall |
| 10.67 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 2'0" X 6'8" | Opens into Bedroom 2 | Goes to Floor |
|---|---|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 45.74 | 45.74 |

**Cost Control Sevices**

CONTINUED - Bedroom 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 169.56 SF | 0.33 | 1.46 | 303.51 |
| R&R Baseboard - 2 1/4" | 73.17 LF | 0.33 | 2.00 | 170.49 |
| R&R Acoustic ceiling (popcorn) texture | 222.88 SF | 0.37 | 0.77 | 254.09 |
| R&R Door opening (jamb & casing) | 2.00 EA | 4.95 | 93.05 | 196.00 |
| Clean floor | 222.88 SF | 0.00 | 0.23 | 51.26 |
| R&R Crown molding - 3 1/4" | 83.83 LF | 0.48 | 2.83 | 277.48 |
| Seal & paint crown molding | 83.83 LF | 0.00 | 0.95 | 79.64 |
| Paint baseboard - two coats | 73.17 LF | 0.00 | 1.04 | 76.10 |
| Mask and prep for paint | 83.83 LF | 0.00 | 0.98 | 82.15 |

Totals:  Bedroom 2      1,536.46

---

**Master Bath**          LxWxH 6'0" x 5'0" x 8'0"

| | |
|---|---|
| 68.24 SF Walls | 30.00 SF Ceiling |
| 98.24 SF Walls & Ceiling | 30.00 SF Floor |
| 3.33 SY Flooring | 9.17 LF Floor Perimeter |
| 48.00 SF Long Wall | 40.00 SF Short Wall |
| 9.17 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| Missing Wall: | 1 - | 3'7" X 4'2" | Opens into Exterior | Goes to neither Floor/Ceiling |
| Missing Wall: | 1 - | 3'0" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |

**Subroom 1:  Offset 1**          LxWxH 4'10" x 2'5" x 7'0"

| | |
|---|---|
| 67.67 SF Walls | 11.68 SF Ceiling |
| 79.35 SF Walls & Ceiling | 11.68 SF Floor |
| 1.30 SY Flooring | 9.67 LF Floor Perimeter |
| 33.83 SF Long Wall | 16.92 SF Short Wall |
| 9.67 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| Missing Wall: | 1 - | 4'10" X 7'0" | Opens into Master Bath | Goes to Floor/Ceiling |

## Cost Control Sevices



**Subroom 2:  Offset 2**                                        **LxWxH 5'0" x 1'9" x 7'0"**

| | |
|---|---|
| 59.50 SF Walls | 8.75 SF Ceiling |
| 68.25 SF Walls & Ceiling | 8.75 SF Floor |
| 0.97 SY Flooring | 8.50 LF Floor Perimeter |
| 35.00 SF Long Wall | 12.25 SF Short Wall |
| 8.50 LF Ceil. Perimeter | |

**Missing Wall:**    1 -    **5'0" X 7'0"**          **Opens into Master Bath**          **Goes to Floor/Ceiling**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor | 50.43 SF | 0.00 | 0.23 | 11.60 |
| R&R Crown molding - 3 1/4" | 27.33 LF | 0.48 | 2.83 | 90.46 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 58.62 SF | 0.33 | 1.46 | 104.93 |
| R&R Acoustic ceiling (popcorn) texture | 50.43 SF | 0.37 | 0.77 | 57.49 |
| Texture drywall | 195.41 SF | 0.00 | 0.66 | 128.97 |
| R&R Door opening (jamb & casing) | 3.00 EA | 4.95 | 144.87 | 449.46 |
| R&R Window trim set (casing & stop) | 2.00 LF | 0.40 | 3.98 | 8.76 |
| Seal & paint crown molding | 27.33 LF | 0.00 | 0.95 | 25.96 |
| Mask and prep for paint | 27.33 LF | 0.00 | 0.98 | 26.78 |

Totals:  Master Bath                                                                                      904.41

---

**Den**                                                        **LxWxH 15'3" x 13'4" x 8'0"**

| | |
|---|---|
| 222.67 SF Walls | 203.33 SF Ceiling |
| 426.00 SF Walls & Ceiling | 203.33 SF Floor |
| 22.59 SY Flooring | 31.83 LF Floor Perimeter |
| 122.00 SF Long Wall | 106.67 SF Short Wall |
| 39.83 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | **13'4" X 8'0"** | **Opens into Exterior** | **Goes to Floor/Ceiling** |
| **Missing Wall:** | 1 - | **4'0" X 8'0"** | **Opens into Exterior** | **Goes to Floor/Ceiling** |
| **Missing Wall:** | 1 - | **7'6" X 5'4"** | **Opens into Exterior** | **Goes to neither Floor/Ceiling** |

**Cost Control Sevices**



| Subroom 1: Offset 1 | | | | LxWxH 8'0" x 1'9" x 8'0" | |
|---|---|---|---|---|---|
| | 100.00 SF Walls | | | 14.00 SF Ceiling | |
| | 114.00 SF Walls & Ceiling | | | 14.00 SF Floor | |
| | 1.56 SY Flooring | | | 11.50 LF Floor Perimeter | |
| | 64.00 SF Long Wall | | | 14.00 SF Short Wall | |
| | 19.50 LF Ceil. Perimeter | | | | |

**Missing Wall:**   1 -   8'0" X 7'0"      **Opens into Den**          **Goes to Floor**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 45.74 | 45.74 |
| Clean floor | 217.33 SF | 0.00 | 0.23 | 49.99 |
| R&R Crown molding - 3 1/4" | 59.33 LF | 0.48 | 2.83 | 196.38 |
| R&R Paneling | 372.00 SF | 0.24 | 2.11 | 874.20 |
| R&R 1/2" drywall - hung, taped, ready for texture | 64.53 SF | 0.29 | 1.09 | 89.05 |
| R&R Acoustic ceiling (popcorn) texture | 217.33 SF | 0.33 | 0.69 | 221.68 |
| R&R Batt insulation - 6" - R19 | 217.33 SF | 0.28 | 0.72 | 217.33 |
| R&R Baseboard - 2 1/4" | 43.33 LF | 0.33 | 2.00 | 100.96 |
| R&R Acoustic ceiling (popcorn) texture | 217.33 SF | 0.37 | 0.77 | 247.75 |
| R&R Door opening (jamb & casing) | 3.00 EA | 4.95 | 144.87 | 449.46 |
| R&R Window trim set (casing & stop) | 2.00 LF | 0.40 | 3.12 | 7.04 |
| Seal & paint crown molding | 59.33 LF | 0.00 | 0.95 | 56.36 |
| Paint the walls and ceiling | 540.00 SF | 0.00 | 0.42 | 226.80 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 101.36 |
| Paint baseboard - two coats | 43.33 LF | 0.00 | 1.04 | 45.06 |
| Mask and prep for paint | 59.33 LF | 0.00 | 0.98 | 58.14 |

Totals:  Den                                                                                    2,987.30

| Kitchen | | | | LxWxH 17'6" x 16'4" x 8'0" | |
|---|---|---|---|---|---|
| | 541.33 SF Walls | | | 285.83 SF Ceiling | |
| | 827.17 SF Walls & Ceiling | | | 285.83 SF Floor | |
| | 31.76 SY Flooring | | | 67.67 LF Floor Perimeter | |
| | 140.00 SF Long Wall | | | 130.67 SF Short Wall | |
| | 67.67 LF Ceil. Perimeter | | | | |

## Cost Control Sevices

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor | 285.83 SF | 0.00 | 0.23 | 65.74 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 216.53 SF | 0.33 | 1.46 | 387.58 |
| R&R Acoustic ceiling (popcorn) texture | 285.83 SF | 0.37 | 0.77 | 325.85 |
| R&R Batt insulation - 6" - R19 | 285.83 SF | 0.28 | 0.72 | 285.83 |
| R&R Baseboard - 2 1/4" | 67.67 LF | 0.33 | 2.00 | 157.67 |
| R&R Door opening (jamb & casing) | 1.00 EA | 4.95 | 93.05 | 98.00 |
| R&R Window trim set (casing & stop) | 1.00 LF | 0.40 | 3.98 | 4.38 |
| Seal & paint crown molding | 67.67 LF | 0.00 | 0.95 | 64.29 |
| Detach & Reset Fluorescent light fixture | 2.00 EA | 0.00 | 0.00 | 85.84 |
| Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 2.00 EA | 0.00 | 0.00 | 85.84 |
| Paint baseboard - two coats | 67.67 LF | 0.00 | 1.04 | 70.38 |
| Mask and prep for paint | 67.67 LF | 0.00 | 0.98 | 66.32 |

Totals:  Kitchen                1,697.72



| Breakfast Room | | | LxWxH 9'9" x 8'5" x 8'0" | |
|---|---|---|---|---|
| 132.56 SF Walls | | | 82.06 SF Ceiling | |
| 214.62 SF Walls & Ceiling | | | 82.06 SF Floor | |
| 9.12 SY Flooring | | | 14.42 LF Floor Perimeter | |
| 78.00 SF Long Wall | | | 67.33 SF Short Wall | |
| 27.33 LF Ceil. Perimeter | | | | |

| Missing Wall: | 1 - | 8'4" X 6'8" | Opens into Exterior | Goes to Floor |
|---|---|---|---|---|
| Missing Wall: | 1 - | 4'7" X 6'8" | Opens into Exterior | Goes to Floor |
| Missing Wall: | 1 - | 9'0" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 45.74 | 45.74 |
| Clean floor - tile | 82.06 SF | 0.00 | 0.46 | 37.75 |
| R&R Crown molding - 3 1/4" | 27.33 LF | 0.48 | 2.83 | 90.46 |
| R&R Acoustic ceiling (popcorn) texture | 82.06 SF | 0.37 | 0.77 | 93.55 |
| R&R 5/8" drywall - hung, taped, ready for texture | 53.02 SF | 0.29 | 1.12 | 74.76 |
| R&R Batt insulation - 6" - R21 | 82.06 SF | 0.26 | 0.87 | 92.73 |
| R&R Baseboard - 2 1/4" | 14.42 LF | 0.33 | 2.00 | 33.60 |

**Cost Control Sevices**

---

**CONTINUED - Breakfast Room**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint the ceiling - one coat | 82.06 SF | 0.00 | 0.42 | 34.47 |
| Seal & paint crown molding | 27.33 LF | 0.00 | 0.95 | 25.96 |
| Paint baseboard - two coats | 14.42 LF | 0.00 | 1.04 | 15.00 |
| Mask and prep for paint | 27.33 LF | 0.00 | 0.98 | 26.78 |

| | | |
|---|---|---|
| Totals: Breakfast Room | | 570.80 |

**Rear Hall**  LxWxH 9'6" x 4'4" x 8'0"



| | |
|---|---|
| 115.56 SF Walls | 41.17 SF Ceiling |
| 156.72 SF Walls & Ceiling | 41.17 SF Floor |
| 4.57 SY Flooring | 12.67 LF Floor Perimeter |
| 76.00 SF Long Wall | 34.67 SF Short Wall |
| 23.33 LF Ceil. Perimeter | |

| Missing Wall: | 2 - | 3'0" X 6'8" | Opens into Exterior | Goes to Floor |
|---|---|---|---|---|
| Missing Wall: | 1 - | 2'0" X 6'8" | Opens into Exterior | Goes to Floor |
| Missing Wall: | 1 - | 2'8" X 6'8" | Opens into Exterior | Goes to Floor |
| Missing Wall: | 1 - | 4'4" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 45.74 | 45.74 |
| Clean floor | 41.17 SF | 0.00 | 0.23 | 9.47 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 20.58 SF | 0.33 | 1.46 | 36.84 |
| R&R Acoustic ceiling (popcorn) texture | 41.17 SF | 0.37 | 0.77 | 46.93 |
| R&R Batt insulation - 6" - R19 | 41.17 SF | 0.28 | 0.72 | 41.17 |
| R&R Baseboard - 2 1/4" | 12.67 LF | 0.33 | 2.00 | 29.52 |
| R&R Door opening (jamb & casing) | 3.00 EA | 4.95 | 93.05 | 294.00 |
| R&R Crown molding - 3 1/4" | 23.33 LF | 0.48 | 2.83 | 77.22 |
| Seal & paint crown molding | 23.33 LF | 0.00 | 0.95 | 22.16 |
| Paint baseboard - two coats | 12.67 LF | 0.00 | 1.04 | 13.18 |

**Cost Control Sevices**

**CONTINUED - Rear Hall**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Mask and prep for paint | 23.33 LF | 0.00 | 0.98 | 22.86 |

| Totals: Rear Hall | | | | 639.09 |
|---|---|---|---|---|

**Utility / Bath Room**                                    **LxWxH 8'11" x 3'5" x 8'0"**

| | |
|---|---|
| 28.67 SF Walls | 30.47 SF Ceiling |
| 59.13 SF Walls & Ceiling | 30.47 SF Floor |
| 3.39 SY Flooring | 2.25 LF Floor Perimeter |
| 71.33 SF Long Wall | 27.33 SF Short Wall |
| 10.25 LF Ceil. Perimeter | |

**Subroom 1:  Closet**                                    **LxWxH 6'6" x 3'5" x 8'0"**

| | |
|---|---|
| 118.67 SF Walls | 22.21 SF Ceiling |
| 140.88 SF Walls & Ceiling | 22.21 SF Floor |
| 2.47 SY Flooring | 13.83 LF Floor Perimeter |
| 52.00 SF Long Wall | 27.33 SF Short Wall |
| 19.83 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 6'0" X 6'8" | Opens into Utility / Bath Room | Goes to Floor |
|---|---|---|---|---|

**Subroom 2:  Closet 2**                                    **LxWxH 3'0" x 2'6" x 8'0"**

| | |
|---|---|
| 74.67 SF Walls | 7.50 SF Ceiling |
| 82.17 SF Walls & Ceiling | 7.50 SF Floor |
| 0.83 SY Flooring | 9.00 LF Floor Perimeter |
| 24.00 SF Long Wall | 20.00 SF Short Wall |
| 11.00 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 2'0" X 6'8" | Opens into Utility / Bath Room | Goes to Floor |
|---|---|---|---|---|

**Cost Control Sevices**



| Subroom 3: Dressing Room | | LxWxH 6'10" x 4'4" x 8'0" |
|---|---|---|
| 124.67 SF Walls | | 29.61 SF Ceiling |
| 154.28 SF Walls & Ceiling | | 29.61 SF Floor |
| 3.29 SY Flooring | | 15.58 LF Floor Perimeter |
| 54.67 SF Long Wall | | 34.67 SF Short Wall |
| 15.58 LF Ceil. Perimeter | | |

| Missing Wall: | 1 - | 3'4" X 8'0" | Opens into Utility / Bath Room | Goes to Floor/Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 3'5" X 8'0" | Opens into Utility / Bath Room | Goes to Floor/Ceiling |



| Subroom 4: Offset 1 | | LxWxH 8'5" x 7'0" x 8'0" |
|---|---|---|
| 185.33 SF Walls | | 58.92 SF Ceiling |
| 244.25 SF Walls & Ceiling | | 58.92 SF Floor |
| 6.55 SY Flooring | | 23.17 LF Floor Perimeter |
| 67.33 SF Long Wall | | 56.00 SF Short Wall |
| 23.17 LF Ceil. Perimeter | | |

| Missing Wall: | 1 - | 3'4" X 8'0" | Opens into Utility / Bath Room | Goes to Floor/Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 4'4" X 8'0" | Opens into Utility / Bath Room | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor - tile | 148.70 SF | 0.00 | 0.46 | 68.40 |
| R&R Crown molding - 3 1/4" | 79.83 LF | 0.48 | 2.83 | 264.24 |
| R&R 5/8" drywall - hung, taped, ready for texture | 340.35 SF | 0.29 | 1.12 | 479.89 |
| R&R Acoustic ceiling (popcorn) texture | 148.70 SF | 0.33 | 0.69 | 151.67 |
| Texture drywall | 532.00 SF | 0.00 | 0.66 | 351.12 |
| R&R Batt insulation - 6" - R19 | 148.70 SF | 0.28 | 0.72 | 148.70 |
| R&R Baseboard - 2 1/4" | 63.83 LF | 0.33 | 2.00 | 148.72 |
| Paint the ceiling | 148.70 SF | 0.00 | 0.63 | 93.68 |
| Seal & paint crown molding | 79.83 LF | 0.00 | 0.95 | 75.84 |
| Paint baseboard - two coats | 63.83 LF | 0.00 | 1.04 | 66.38 |
| Mask and prep for paint | 79.83 LF | 0.00 | 0.98 | 78.23 |

Totals: Utility / Bath Room                                      1,926.87

**Cost Control Sevices**

| | | | | |
|---|---|---|---|---|
| | **Garage** | | | **LxWxH 22'3" x 20'4" x 8'0"** |

| | |
|---|---|
| 521.32 SF Walls | 452.42 SF Ceiling |
| 973.74 SF Walls & Ceiling | 452.42 SF Floor |
| 50.27 SY Flooring | 61.83 LF Floor Perimeter |
| 178.00 SF Long Wall | 162.67 SF Short Wall |
| 85.17 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | **3'0" X 6'8"** | **Opens into Exterior** | **Goes to Floor** |
| **Missing Wall:** | 1 - | **17'10" X 6'11"** | **Opens into Exterior** | **Goes to Floor** |

| | | | |
|---|---|---|---|
| | **Subroom 1:  Closet** | | **LxWxH 4'8" x 3'10" x 8'0"** |

| | |
|---|---|
| 119.33 SF Walls | 17.89 SF Ceiling |
| 137.22 SF Walls & Ceiling | 17.89 SF Floor |
| 1.99 SY Flooring | 14.50 LF Floor Perimeter |
| 37.33 SF Long Wall | 30.67 SF Short Wall |
| 17.00 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | **2'6" X 6'8"** | **Opens into Garage** | **Goes to Floor** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 45.74 | 45.74 |
| Clean floor | 470.31 SF | 0.00 | 0.23 | 108.17 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 555.48 SF | 0.33 | 1.46 | 994.31 |
| R&R Acoustic ceiling (popcorn) texture | 470.31 SF | 0.37 | 0.77 | 536.15 |
| R&R Door opening (jamb & casing) | 3.00 EA | 4.95 | 144.87 | 449.46 |
| R&R Crown molding - 3 1/4" | 102.17 LF | 0.48 | 2.83 | 338.18 |
| Seal & paint crown molding | 102.17 LF | 0.00 | 0.95 | 97.06 |

Totals: Garage 2,569.07

**Cost Control Sevices**



| Dining Room | | | | LxWxH 12'4" x 10'3" x 8'0" |
|---|---|---|---|---|
| 296.00 SF Walls | | | | 126.42 SF Ceiling |
| 422.42 SF Walls & Ceiling | | | | 126.42 SF Floor |
| 14.05 SY Flooring | | | | 37.00 LF Floor Perimeter |
| 98.67 SF Long Wall | | | | 82.00 SF Short Wall |
| 37.00 LF Ceil. Perimeter | | | | |

| Missing Wall: | 1 - | 5'4" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 2'10" X 8'0" | Opens into Exterior | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 45.74 | 45.74 |
| Clean floor | 126.42 SF | 0.00 | 0.23 | 29.08 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 422.42 SF | 0.33 | 1.46 | 756.13 |
| R&R Acoustic ceiling (popcorn) texture | 126.42 SF | 0.37 | 0.77 | 144.12 |
| Texture drywall | 296.00 SF | 0.00 | 0.66 | 195.36 |
| R&R Crown molding - 3 1/4" | 37.00 LF | 0.48 | 2.83 | 122.47 |
| Seal & paint crown molding | 37.00 LF | 0.00 | 0.95 | 35.15 |

Totals: Dining Room                                                                                    1,328.05

| Rear Porch | | | | LxWxH 21' 5" x 11' 5" x 8' |
|---|---|---|---|---|
| 525.33 SF Walls | | | | 244.51 SF Ceiling |
| 769.84 SF Walls & Ceiling | | | | 244.51 SF Floor |
| 27.17 SY Flooring | | | | 65.67 LF Floor Perimeter |
| 171.33 SF Long Wall | | | | 91.33 SF Short Wall |
| 65.67 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 51.97 | 51.97 |
| Remove Glue down carpet | 244.51 SF | 0.51 | 0.00 | 124.70 |
| Glue down carpet | 281.18 SF | 0.00 | 2.30 | 646.71 |
| 15 % waste added for Glue down carpet. | | | | |
| R&R Underlayment - 3/4" particle board | 244.51 SF | 0.71 | 1.35 | 503.69 |
| R&R Trim board - 1" x 2" - installed (pine) | 150.00 LF | 0.28 | 2.13 | 361.50 |
| R&R Crown molding - 2 1/4" | 65.67 LF | 0.53 | 2.53 | 200.96 |

**Cost Control Sevices**

**CONTINUED - Rear Porch**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Ceiling fan & light | 1.00 EA | 14.81 | 244.87 | 259.68 |
| R&R Light fixture | 1.00 EA | 6.54 | 73.09 | 79.63 |
| Seal then paint the ceiling twice (3 coats) | 244.51 SF | 0.00 | 0.99 | 242.06 |
| Paint crown molding - two coats | 65.67 SF | 0.00 | 1.09 | 71.58 |

| | | |
|---|---|---|
| Totals: Rear Porch | | 2,542.48 |
| Total: Interior | | 19,926.29 |
| **Line Item Subtotals: 2225_22ND_ST** | | **46,891.42** |

| **Adjustments for Base Service Charges** | **Adjustment** |
|---|---|
| Flooring Installer | 108.06 |
| Total Adjustments for Base Service Charges: | 108.06 |
| **Line Item Totals:  2225_22ND_ST** | **46,999.48** |

## Grand Total Areas:

| | | |
|---|---|---|
| 6,167.36  SF Walls | 2,081.31  SF Ceiling | 8,248.67  SF Walls and Ceiling |
| 2,081.31  SF Floor | 231.26  SY Flooring | 784.75  LF Floor Perimeter |
| 3,551.99  SF Long Wall | 2,789.69  SF Short Wall | 915.68  LF Ceil. Perimeter |
| 0.00  Floor Area | 0.00  Total Area | 0.00  Interior Wall Area |
| 0.00  Exterior Wall Area | 0.00  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |

Cost Control Sevices
_____

## Summary for Dwelling

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 46,891.42 |
| Total Adjustments for Base Service Charges | | | | 108.06 |
| Subtotal | | | | 46,999.48 |
| Overhead | @ | 10.0% x | 46,999.48 | 4,699.95 |
| Profit | @ | 10.0% x | 51,699.43 | 5,169.94 |
| Material Sales Tax | @ | 9.000% x | 12,082.24 | 1,087.40 |
| **Replacement Cost Value** | | | | **$57,956.77** |
| **Net Claim** | | | | **$57,956.77** |

_____

Kermith Sonnier

**Cost Control Sevices**

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: 2225_22ND_ST** | | |
| General Conditions | 13,775.68 | 29.31% |
| | | |
| **Area:  Exterior** | | |
| Front Elevation | 1,664.30 | 3.54% |
| Right Elevation | 338.30 | 0.72% |
| Rear Elevation | 602.90 | 1.28% |
| Left Elevation | 493.36 | 1.05% |
| Roof | 10,090.59 | 21.47% |
| | | |
| Area Subtotal:  Exterior | 13,189.45 | 28.06% |
| | | |
| **Area:  Interior** | | |
| Hall | 2,291.37 | 4.88% |
| Hall Bath | 932.67 | 1.98% |
| Bedroom 2 | 1,536.46 | 3.27% |
| Master Bath | 904.41 | 1.92% |
| Den | 2,987.30 | 6.36% |
| Kitchen | 1,697.72 | 3.61% |
| Breakfast Room | 570.80 | 1.21% |
| Rear Hall | 639.09 | 1.36% |
| Utility / Bath Room | 1,926.87 | 4.10% |
| Garage | 2,569.07 | 5.47% |
| Dining Room | 1,328.05 | 2.83% |
| Rear Porch | 2,542.48 | 5.41% |
| | | |
| Area Subtotal:  Interior | 19,926.29 | 42.40% |
| | | |
| **Subtotal of Areas** | 46,891.42 | 99.77% |
| **Base Service Charges** | 108.06 | 0.23% |
| | | |
| **Total** | 46,999.48 | 100.00% |

**Cost Control Sevices**

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| CLEANING | | | 475.55 | 0.82% |
| CONTENT MANIPULATION | | | 372.15 | 0.64% |
| GENERAL DEMOLITION | | | 16,519.52 | 28.50% |
| DOORS | | | 875.80 | 1.51% |
| DRYWALL | | | 5,020.33 | 8.66% |
| FLOOR COVERING - CARPET | | | 646.71 | 1.12% |
| FLOOR COVERING - VINYL | | | 330.09 | 0.57% |
| PERMITS AND FEES | | | 1,000.00 | 1.73% |
| FINISH CARPENTRY / TRIMWORK | | | 6,065.15 | 10.46% |
| FRAMING & ROUGH CARPENTRY | | | 669.62 | 1.16% |
| INSULATION | | | 570.37 | 0.98% |
| LIGHT FIXTURES | | | 638.93 | 1.10% |
| PANELING & WOOD WALL FINISHES | | | 784.92 | 1.35% |
| PAINTING | | | 3,196.10 | 5.51% |
| ROOFING | | | 7,745.87 | 13.36% |
| SOFFIT, FASCIA, & GUTTER | | | 461.83 | 0.80% |
| TEMPORARY REPAIRS | | | 1,518.48 | 2.62% |
| **Subtotal** | | | **46,891.42** | **80.91%** |
| Base Service Charges | | | 108.06 | 0.19% |
| Overhead | @ | 10.0% | 4,699.95 | 8.11% |
| Profit | @ | 10.0% | 5,169.94 | 8.92% |
| **O&P Items Subtotal** | | | **56,869.37** | **98.12%** |
| Material Sales Tax | @ | 9.000% | 1,087.40 | 1.88% |
| **Total** | | | **57,956.77** | **100.00%** |