## Cost Control Services

Client:       Harmon , Ella
Property:     2225 22 ND Street
              Lake Charles, LA 70601

Operator Info:
Operator:     TOMMY

Estimator:    Kermith Sonnier

Type of Estimate:   Hurricane
Date Entered:       11/16/2008          Date Assigned:

Price List:   LANO5B_FEB09
              Restoration/Service/Remodel
Estimate:     LA-2225-22ND-COV-B



## Cost Control Services

**LA-2225-22ND-COV-B**

**Exterior**

**Fencing**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Post & rail fence - Split cedar - 2 rail | 85.00 LF | 4.63 | 8.89 | 1,149.20 |
| R&R Storage shed - Metal - 10' x 12' | 1.00 EA | 157.32 | 948.15 | 1,105.47 |
| Totals:  Fencing | | | | 2,254.67 |

**Shed**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Exterior door - metal - insulated / wood | 1.00 EA | 22.47 | 417.26 | 439.73 |
| Totals:  Shed | | | | 439.73 |
| Total: Exterior | | | | 2,694.40 |
| **Line Item Subtotals: LA-2225-22ND-COV-B** | | | | **2,694.40** |

| **Adjustments for Base Service Charges** | **Adjustment** |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 130.08 |
| Carpenter - Mechanic | 138.60 |
| Fencing Installer | 108.14 |
| Total Adjustments for Base Service Charges: | 376.82 |

## Cost Control Services

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Line Item Totals:  LA-2225-22ND-COV-B | 3,071.22 |

### Grand Total Areas:

| | | |
|---|---|---|
| 0.00  SF Walls | 0.00  SF Ceiling | 0.00  SF Walls and Ceiling |
| 0.00  SF Floor | 0.00  SY Flooring | 0.00  LF Floor Perimeter |
| 0.00  SF Long Wall | 0.00  SF Short Wall | 0.00  LF Ceil. Perimeter |
| 0.00  Floor Area | 0.00  Total Area | 0.00  Interior Wall Area |
| 0.00  Exterior Wall Area | 0.00  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |

## Cost Control Services

### Summary

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 2,694.40 |
| Total Adjustments for Base Service Charges | | | | 376.82 |
| Material Sales Tax | @ | 9.000% x | 1,226.51 | 110.39 |
| | | | | |
| Subtotal | | | | 3,181.61 |
| Overhead | @ | 10.0% x | 3,181.61 | 318.16 |
| Profit | @ | 10.0% x | 3,499.77 | 349.98 |
| | | | | |
| **Replacement Cost Value** | | | | **$3,849.75** |
| **Net Claim** | | | | **$3,849.75** |

_____

Kermith Sonnier

## Cost Control Services

### Recap by Room

**Estimate: LA-2225-22ND-COV-B**

| Area: Exterior | | |
|---|---|---|
| Fencing | 2,254.67 | 73.41% |
| Shed | 439.73 | 14.32% |
| **Area Subtotal: Exterior** | **2,694.40** | **87.73%** |
| **Subtotal of Areas** | **2,694.40** | **87.73%** |
| **Base Service Charges** | 376.82 | 12.27% |
| **Total** | **3,071.22** | **100.00%** |

Cost Control Services

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **573.34** | **14.89%** |
| **DOORS** | | | **417.26** | **10.84%** |
| **FENCING** | | | **755.65** | **19.63%** |
| **EXTERIOR STRUCTURES** | | | **948.15** | **24.63%** |
| **Subtotal** | | | **2,694.40** | **69.99%** |
| Base Service Charges | | | 376.82 | 9.79% |
| Material Sales Tax | @ | 9.000% | 110.39 | 2.87% |
| Overhead | @ | 10.0% | 318.16 | 8.26% |
| Profit | @ | 10.0% | 349.98 | 9.09% |
| **O&P Items Subtotal** | | | **3,849.75** | **100.00%** |